# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | Civil Action No. |
| | ) | 3:08-CV-0438-G |
| | ) | |
| RYAN M. REYNOLDS, ET AL., | ) | Hon. Judge Joe Fish |
| | ) | |
| *Defendants.* | ) | |

## PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S RESPONSES TO DEFENDANT BELLATALIA LP'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION AND REQUESTS FOR ADMISSION

Plaintiff Securities and Exchange Commission ("Commission"), in conformity with Rules 26, 33, 34 and 36 of the Federal Rules of Civil Procedure, hereby responds to Defendant Bellatalia LP's ("Defendant") First Set of Interrogatories, Requests for Production and Requests for Admissions (collectively "Discovery Requests") as follows:

### GENERAL OBJECTIONS

The following General Objections are incorporated by reference as part of each specific response set forth below:

A.       The Commission objects to the Definitions and Instructions Section of Defendant's Discovery Requests in each instance where those definitions and instructions purport to impose obligations beyond the obligations required by Federal Rules of Civil Procedure 26, 33, 34 and 36.

9.     Please identify all facts supporting your contention on pages 12-13 of the
TRO Brief that Ryan Reynolds and Bellatalia are "underwriters" of the stock of Beverage
Creations, Inc.

Response:     Please refer to the Response to Interrogatory # 3.

10.     Please identify all third-parties (including any other federal or state
agency) with whom the SEC communicated during the investigation leading to the instant
suit.

Response:     The Commission restates and incorporates herein its General
Objections, as stated above.  Subject to and without waiving those General Objections,
the Commission responds:  The Commission communicated with following individuals
and entities in the investigation leading up to the recent filing of SEC v. Reynolds, et al.
on March 13, 2008.

Fagenson & Co., Inc.
60 Broad St.
New York, NY  10004
Phone: (212) 422-1993
Fax: (212) 797-5295
Phil Pignato, Vice President Compliance
Richard Cadigan, Compliance Officer

Stephen Fayette (registered representative at Fagenson & Co.)
5412 Palm Aire Drive
Sarasota, FL 34243
(941) 359-2100

Martin Russo, Esq. (Counsel for Stephen Fayette)
437 Madison Avenue
New York, NY 10022
Phone: (212) 940-3771
Cell: (917) 273-6821
Fax: (866) 590-4681
mrusso@nixonpeabody.com
www.nixonpeabody.com

PacWest Transfer
Laurel Poffenroth
PacWest Transfer,
2510 Pines Rd North
Suite 206B
Spokane Valley, WA 99206
Fax (509) 926-2513

G4 Global Investment Group
801 E. Campbell Road Suite 155
Richardson, TX 75081
Phone: 972-238-0898
Fax: 312-972-0698
President: Khalid Rezwan
V.P. Sales: Daniel Squire

Sabre, Inc.
c/o Terri Miller
3150 Sabre Drive
Southlake, TX 76092
Fax: (682) 605-7541

Pink Sheets LLC
Cromwell Coulson, Owner of Pinksheets
(212) 896-4444
Jim Dunn
(212) 896-4439

Martin Cantu
9211 Waterford Center, Suite 200
Austin, TX 78758
Phone: (512) 615-2463
Fax: (512) 366-9660

Connectajet.com, Inc.
8400 Normandale Lakes Blvd, Ste 920
Bloomington, MN 55437
(512) 497-0038

Business Jet Enterprises/Business Jet Technologies
Kevin Jordon and Stephanie Jordan
64130 Pioneer Loop
Bend, OR 97701
Phone: (541) 318-3501
Fax: (541) 982-2277

Gary Kessler (Counsel for Business Jet Enterprises and Business Jet Technologies)
Kessler Collins
2100 Ross Avenue
Suite 750
Dallas, TX 75201
Phone:  (214) 379-0722
Direct:  (214) 379-0700
Fax:     (214) 373-4714
E-Mail: gsk@kesslercollins.com

Manhattan Transfer
John Ahearn
57 Eastwood Rd
Miller Place, NY 11764
jahearn@streettransfer.com
Phone: 631-928-7655
Fax: 631-928-6171

The Cervelle Group
238 N. Westmonte Drive, Suite 210
Altamonte Springs, FL 32714
David Donlin, Manager & Owner
dave@thecervellegroup.com
407-475-9966

Joseph Kim
7760 France Ave. South 11th Floor
Minneapolis, MN 55435

Altin Kore
6218 Prospect Ave.
Dallas TX 75214

TheStockPic.com
Reagan Rowland, Administrator
340 S. Hauser Blvd. Apt. 208
LA, CA 90036
Fax: 323-936-0961
Phone: (512) 689-2045

Martin Morales Cantu
17411 Canyon Hills Dr.
San Antonio, TX 78248

Edward Spahiu
3521 Oak Lawn Ave. Ste. 405

Dallas, TX 75219

<u>Wynn Holdings, LLC</u>
7760 France Ave. S., 11th Floor
Minneapolis, MN 55435-5800
Jason Roy Wynn, Registered Agent
5400 W. Plano Pkwy 200
Plano, TX 75093

<u>Firenze Funds, LLC</u>
Martin Morales Cantu
8400 Normandale Lake Blvd. Ste 920
Bloomington, MN 55437
512-615-2453

<u>Aero Jet Services</u>
Mike Aaby, President
15290 N. 78th Way
Scottsdale, AZ 85260
 (800) 582-3641 (Phone)
(480) 922-7441 (Phone)
(480) 922-8297 (Fax)
charters@aerojetservices.com

<u>New World Aviation</u>
Randy Kroschwitz, COO
Mark Ringel, Esq. Outside Counsel, (202) 624-2657
3405 Airport Rd.
Allentown, PA 18109
Phone: (877) 359-0100
Fax: (610) 231-9566

<u>Aviation Research Group/U.S.</u>
Joe Moeggenberg, President
212 W. 8th St.
Cincinnati, OH 45202
Phone: (513) 852-5110
Fax: (513) 852-5112

<u>Flight Aware</u>
Daniel Baker, CEO
8 Greenway Plaza Suite 1150
Houston, TX 77046
Phone: (713) 877-9010
Fax: (713) 877-9020

NetJets Inc.
www.netjets.com
581 Main Street
Woodbridge, NJ 07095
877-638-5387
732-326-3700
John Burns, General Counsel (Burns & LoveJoy)
(860) 906-4405 (Phone)
johnburns@netjets.com
Maryann Aarseth, VP of Public Relations

Executive Jet Management
4556 Airport Road
Cincinnati, OH 45226
800-451-2822
www.executivejetmanagement.com
Peter Landesman, Media Relations Contact
(513) 979-6748 (Phone)
(513) 573-1118 (Cell)

Drinker, Biddle & Reath LLP
Amy Carroll, Esq. (counsel to NetJets)
1500 K. Street, N.W.
Washington, DC.
20005-1209

JetSmart, Inc.
Jim Howe, President/CEO
Anthony Linder, Director of Business Development
www.jetsmartinc.com
325 Main Street
Hangar 1
Stratford, CT 06615
jhowe@jetsmartinc.com
Phone: (203) 377-8914

Amegy Bank
c/o Ms. Jo Ann Caton
Subpoena Processing
4400 Post Oak Pkwy
Houston, TX 77027
Phone: 713 232-2037
Fax: 713 561-0129

Synergy Bank
Dana Hassell

14

Subpoena Processing
510 Balley Mills Drive St. 100
Waco, Texas 76710
Phone:  254 761-1019 (Diane)
Fax: 254-399-8144
Attorney for Synergy: Steve Burton 254-772-8022

<u>Sovereign Bank</u>
17950 Preston Road
Suite 500
Dallas, Texas 75252

<u>Wells Fargo</u>
Legal Department
633 Folsom St.
San Francisco, CA 94107
Martha: 480-724-2049
Fax:480-724-5106

<u>Wachovia Bank</u>
Michele McGuire
Legal Division
PA 4840
123 S. Broad St.
Philadelphia, PA 19109
Ph: 215 670-6882

<u>Century Bank</u>
Ms. Eli Clayton
2900 St. Michael Dr.
Texarkana, TX  75503
972 931-5505

<u>JPMorgan Chase Bank, N.A.</u>
1 Chase Manhattan Plaza 20th Floor
New York, NY 10081
Dennis Howard, Legal Papers Served
Phone: 317-757-7421
Fax (317)757-7421

<u>Bank of America</u>
Subpoena Processing Dept.
#5473
Mail Stop CA9-705-05-19
1000 West Temple St.
Los Angeles, CA  90012

15

954-473-7710 (Ft. Lauderdale Dept.)
213-240-6636
Betty 213-345-3498

American Express/Datamark
Subpoena Compliance, Cathy Bazal
43 Butterfield Circle
El Paso, TX  79906-5202
Phone: 888-257-7775

First Bank, Dallas

Fidelity Investment, National Financial
Shawn Daly
82 Devonshire Street, ZW2C
Boston, MA 02109
Fax: (617)  385-2763

Jefferies & Co., Inc.
Melissa Dellacona
520 Madison Ave., 4th Floor
New York, NY 10022
Fax: (212)  284-3445

Merrill Lynch, Pierce, Fenner & Smith
Kristen Garomo
222 Broadway, 14th Floor
New York, NY 10038
Via Fax: (212)  553-3158

North American Clearing, Inc.
Arthur Thompson
1385 W. State Rd 434
Longwood, FL 32750
Fax: (407)  551-0435

Legent Clearing
Gayann Henn
Compliance department
9300 Underwood Ave.  suite 400
Omaha, Nebraska  68114
Phone:  402-384-6119
Fax:     402-384-6125
legentbluesheet@legentclearing.com

Penson Financial Services, Inc.

Rachel Webb
1700 Pacific Avenue
Suite 1400
Dallas, TX 75201-7322
Fax: (214) 765-1242

Pershing LLC
Samantha Kefford
One Pershing Plaza, 10th Floor
Jersey City, NJ 07399
Fax: (201) 413-5264

Ridge Clearing
Antoinette Paradise
2 Journal Square Plaza 3rd Fl.
Jersey City, NJ 07306
Fax: (201) 239-4703

Anthony Jabaily
Spear, Leeds & Kellogg
30 Hudson Street – 9th Floor
Jersey City, NJ 07302
Fax: (917) 343-9272

U.S.A.A. Investment Mgt Co.
Saundra Hudspeth
9800 Fredericksburg Rd.
San Antonio, TX 78288
Fax: (877) 483-3254

Wilson-Davis & Co., Inc.
William L. Walker
P.O. Box 11587
Salt Lake City, UT 84147
Fax: (801) 578-2831

First Clearing Corporation
Gladys P. Robinson
901 E. Byrd Street
Richmond, VA 23219
Fax: (804) 782-6665

Charles Schwab & Co., Inc.
Attn: Mr. Philip Ho
Compliance Department
101 Montgomery Street

San Francisco, CA 94104
Ph: (415) 636-3661
Fax: (415) 636-3968

Scottrade Inc.
Attn: Andrew Small
Compliance Department
12800 Corporate Hill Drive
St. Louis, MO 63131
Ph: (314) 965-1555
Fax: (314) 543-6113

Goldman Sachs Execution & Clearing, L.P.
Ivan Castro
30 Hudson Street
Jersey City, NJ  07302
Gen Ph:  (212) 902-1000
Direct line:  (212) 357-6408

Morgan Stanley
1601 Broadway, 12th Floor
New York, New York 10019
212 259-1497

Interactive Brokers, LLC
1 Pickwich Plaza
Greenwich, Connecticut 06830
203 618-5882

NATIXIS Bleichroeder Inc
1345 Avenue of the Americas
New York, NY 10105
212 698-3278

Instinet Clearing Services, Inc.
3 Times Square, 7th Floor
New York, NY 10036
212 310-7290

BNY Convergez Execution
1633 Broadway, 48th Floor
New York, NY 10019
212 468-7744

Genesis Securities, LLC
50 Broad St. 2nd Floor

New York, New York 10004

Edwards & Sons, Inc.
1 N. Jefferson
St. Louis, MO 63103
314 955-1829

Ameriprise Financial
70400 AXP Financial Center
Minneapolis, MN 55474
612 678 8458

UBS Painewebber, Inc.
1000 Harbor Blvd. Bldg. A
Weehawken, NJ 07087
201 352-4956

RBC Dain Rauscher, Inc.
60 South 6th St.
Minneapolish, MN 55402
612 373-1738

First Southwest Co.
325 N. St. Paul St. Suite 800
Dallas, TX 75201
214 953-8728

Bear Stearns & co., Inc.
115 S. Jefferson Rd.
Whippany, NJ 07981
973-793-2231

Terra Nova Trading, LLC
100 S. WAcker Drive Suite 1550
Chicago, IL 60606

USAA Investment Mgt. Co.
9800 Frederciksburg Rd.
San Antonio, TX 78288
210 456-7343

Citigroup Global Markets, Inc
485 Lexington Ave – 16th Floor
New York, NY  10017
212 783-4533

Fahnestock & Co./Oppenheimer & Co.
125 broad St. 16th Floor
New York, NY 10004
212 668-8244

Hill Thompson & Co.
15 Exchange Place Suite 800
Jersey City, NJ 07302
201 434-8100

UBS Warburg, LLC
1 Stamford Forum
201 Tresser Blvd.
Stamford, CT 06901
203 719-4751

Raymond James
880 Carillon Pkwy
St. Petersburg, FL 33716
727 567-2629

Wells Fargo Ivnestments, LLC
400 Inverness PKWY
Englewood, CO 80112
720 875-4127

Sterne, Agee & Leach, Inc.
800 Shades Creek Pkwy
Birmingham, AL 35209
205 380-1802

Alpine Securities Corp.
440 E 400 South
Salt Lake city, UT 84111
801 320-1316

Patrick Stokes
Assistant US Attorney
Eastern District of Virginia

FINRA
9509 Key West Avenue
Rockville, MD
20850-3329
Maureen Seiss
(240) 386-5104

<u>MN State Securities Board</u>
Dan Sexton
651-296-4520

<u>MN State Securities (Dept. of Commerce)</u>
Deb Knohuizen
651-297-3986

<u>TX Securities Board</u>
Norma Hernandez
Phone: (512) 305-8342
Phone: (512) 305-8300
Stephanie Tourk (214) 630-8681

<u>Department of Transportation</u>
Tommy Goodman, Staff Attorney
thomas.goodman@dot.gov

11.      Please identify all United States government representatives, including the agency with whom each person is affiliated and their title, regarding any SEC investigation or inquiry involving Ryan Reynolds.

<u>Response:</u>      The Commission restates and incorporates its General Objections. Subject to and without waiving those General Objections, the Commission responds by incorporating the relevant portions of the Commission's Response to Interrogatory #10.

12.      Please identify all persons interviewed by the SEC in any SEC investigation or inquiry involving Ryan Reynolds.

<u>Response:</u>      The Commission restates and incorporates herein its General Objections, as stated above.  Subject to and without waiving those General Objections, the Commission responds:  The Commission interviewed the following individuals and entities in the investigation leading up to the recent filing of SEC v. Reynolds, et al. on March 13, 2008.

Fagenson & Co., Inc.
60 Broad St.
New York, NY 10004
Phone: (212) 422-1993
Fax: (212) 797-5295
Phil Pignato, Vice President Compliance
Richard Cadigan, Compliance Officer

Stephen Fayette (registered representative at Fagenson & Co.)
5412 Palm Aire Drive
Sarasota, FL 34243
(941) 359-2100

PacWest Transfer
Laurel Poffenroth
PacWest Transfer,
2510 Pines Rd North
Suite 206B
Spokane Valley, WA 99206
Fax (509) 926-2513

G4 Global Investment Group
801 E. Campbell Road Suite 155
Richardson, TX 75081
Phone: 972-238-0898
Fax: 312-972-0698
President: Khalid Rezwan
V.P. Sales: Daniel Squire

Pink Sheets LLC
Cromwell Coulson, Owner of Pinksheets
(212) 896-4444
Jim Dunn
(212) 896-4439

Martin Cantu
9211 Waterford Center, Suite 200
Austin, TX 78758
Phone: (512) 615-2463
Fax: (512) 366-9660

Connectajet.com, Inc.
8400 Normandale Lakes Blvd, Ste 920
Bloomington, MN 55437
(512) 497-0038

Business Jet Enterprises/Business Jet Technologies
Kevin Jordon and Stephanie Jordan
64130 Pioneer Loop
Bend, OR 97701
Phone: (541) 318-3501
Fax: (541) 982-2277

Manhattan Transfer
John Ahearn
57 Eastwood Rd
Miller Place, NY 11764
jahearn@streettransfer.com
Phone: 631-928-7655
Fax: 631-928-6171

The Cervelle Group
238 N. Westmonte Drive, Suite 210
Altamonte Springs, FL 32714
David Donlin, Manager & Owner
dave@thecervellegroup.com
407-475-9966

Aero Jet Services
Mike Aaby, President
15290 N. 78th Way
Scottsdale, AZ 85260
 (800) 582-3641 (Phone)
(480) 922-7441 (Phone)
(480) 922-8297 (Fax)
charters@aerojetservices.com

New World Aviation
Randy Kroschwitz, COO
Mark Ringel, Esq. Outside Counsel, (202) 624-2657
3405 Airport Rd.
Allentown, PA 18109
Phone: (877) 359-0100
Fax: (610) 231-9566

Aviation Research Group/U.S.
Joe Moeggenberg, President
212 W. 8th St.
Cincinnati, OH  45202
Phone: (513) 852-5110
Fax: (513) 852-5112

Flight Aware

Daniel Baker, CEO
8 Greenway Plaza Suite 1150
Houston, TX 77046
Phone: (713) 877-9010
Fax: (713) 877-9020

NetJets Inc.
www.netjets.com
581 Main Street
Woodbridge, NJ 07095
877-638-5387
732-326-3700
John Burns, General Counsel (Burns & LoveJoy)
(860) 906-4405 (Phone)
johnburns@netjets.com
Maryann Aarseth, VP of Public Relations

Executive Jet Management
4556 Airport Road
Cincinnati, OH 45226
800-451-2822
www.executivejetmanagement.com
Peter Landesman, Media Relations Contact
(513) 979-6748 (Phone)
(513) 573-1118 (Cell)

Drinker, Biddle & Reath LLP
Amy Carroll, Esq.
1500 K. Street, N.W.
Washington, DC.
20005-1209

JetSmart, Inc.
Jim Howe, President/CEO
Anthony Linder, Director of Business Development
www.jetsmartinc.com
325 Main Street
Hangar 1
Stratford, CT 06615
jhowe@jetsmartinc.com
Phone: (203) 377-8914

FINRA
9509 Key West Avenue
Rockville, MD
20850-3329

Maureen Seiss
(240) 386-5104

MN State Securities Board
Dan Sexton
651-296-4520

MN State Securities (Dept. of Commerce)
Deb Knohuizen
651-297-3986

TX Securities Board
Norma Hernandez
Phone: (512) 305-8342
Phone: (512) 305-8300
Stephanie Tourk (214) 630-8681

Department of Transportation
Tommy Goodman, Staff Attorney
thomas.goodman@dot.gov

13.    Please identify all persons interviewed by the SEC in connection with its investigations leading to institution of the instant suit.

Response:    Please refer to Response to Interrogatory #12.

14.    Please identify all persons who the SEC intends to present as witnesses during the preliminary hearing in the instant suit, including a description of the matters on which each person will testify.

Response:    The Commission hereby submits this list of proposed hearing witnesses. The Commission submits this list without waiving the Commission's right to call any person presented by any of the defendants in this matter.  The Commission also reserves the right to call additional witnesses if unforeseen circumstances arise or as the Court may deem appropriate.  The Commission also reserves the right to call rebuttal witnesses. Without waiving the rights listed above, the Commission presently intends to

call the following witnesses at the hearing in this matter scheduled to commence on April

2, 2008:

1. Carlton Fleming
   Defendant in the pending litigation filed March 13, 2008
   c/o Patrick Craine. Esq.
   Bracewell & Giuliani LLP
   1445 Ross Avenue Suite 3800
   Dallas, Texas 75202
   (214)758-1048
   patrick.craine@bgllp.com

   Mr. Fleming will testify about the transactions involving BCI stock as set forth in the SEC's Complaint, about the promotion of BCI stock, and about his communications with BCI and the other defendants concerning BCI and its stock.  In addition, Mr. Fleming may testimony about his transactions involving the stock of other issuers, including the stock of Connect-A-Jet.

2. Jason Wynn
   Defendant in the pending litigation filed March 13, 2008
   c/o Randy Henderson, Esq.
   7037 Highway 6 North, #107
   Houston, Texas 77095
   713-870-8358
   hendersonrandy@hotmail.com

   Mr. Wynn will testify about the transactions involving BCI stock as set forth in the SEC's Complaint, about the promotion of BCI stock, and about his communications with BCI and the other defendants concerning BCI and its stock.  In addition, Mr. Wynn may testimony about his transactions involving the stock of other issuers, including the stock of Connect-A-Jet.

3. Ryan Reynolds
   Defendant in the pending litigation filed March 13, 2008
   c/o Spencer C. Barasch, Esq.
   Andrews Kurth LLP
   1717 Main Street Suite 3700
   Dallas, Texas 75201
   sbarasch@akllp.com
   214-659-4685

   Mr. Reynolds will testify about the transactions involving BCI stock as set forth in the SEC's Complaint, about the promotion of BCI

stock, and about his communications with BCI and the other defendants concerning BCI and its stock. In addition, Mr. Reynolds may testimony about his transactions involving the stock of other issuers, including the stock of Connect-A-Jet.

4. Robert Wieden
   President and CEO of BCI
   c/o Stanley C. Morris, Esq.
   Corrigan & Morris LLP
   201 Santa Monica Blvd., Suite 475
   Santa Monica, CA 90401
   (310) 394-2828
   (310) 394-2828
   scm@cormorllp.com

   Mr. Wieden will testify, both in his personal capacity and presumably as a Rule 30(b)(6) corporate designee of BCI, about the Subscription Agreements discussed in the SEC's complaint, about his communications and interactions with the non-BCI defendants concerning the sale and promotion of BCI stock, and about the promotion of BCI and its stock in 2007 and 2008.

5. Reagan Rowland
   Administrator of TheStockPic.com
   c/o Randy Henderson
   7037 Highway 6 North, #107
   Houston, Texas 77095

   Ms. Rowland will testify about the promotion of BCI stock, about her communications with defendants, about her collaboration with defendants concerning the promotion of the stock of other issuers, and about her receipt and sale of the stock of the aforementioned issuers.

6. Stephen Fayette
   Stock broker at Fagenson
   c/o Martin Russo, Esq.
   437 Madison Avenue
   New York, NY 10022
   Phone: (212) 940-3771
   Cell: (917) 273-6821
   Fax: (866) 590-4681
   mrusso@nixonpeabody.com

   Mr. Fayette will testify about his and defendants' involvement in transactions concerning BCI stock, Connect-A-Jet stock, and perhaps the stock of other issuers.

27

7. Stephen J. Czarnik, Esq.
   Cohen & Czarnik LLP
   17 State Street – 39th Floor
   New York, NY 10004
   Phone: 212 232-8323
   Fax: 212 937-3870

   Mr. Czarnik will testify about his communications with defendants, and about the opinion letter and other documents he drafted or edited in his capacity as counsel for BCI.

8. John Kustusch
   Staff Accountant at Securities and Exchange Commission
   c/o Jonathan Polish
   Securities and Exchange Commission
   Chicago Regional Office
   175 W. Jackson Blvd. Suite 900
   Chicago, IL 60604
   Phone: 312 353-6884

   Mr. Kustusch will testify about the matters set forth in his declaration, which the Commission filed contemporaneous with the filing of its TRO Motion, and regarding the calculation of disgorgement and damages.

In addition to the witnesses set forth above, the SEC will likely be issuing subpoenas to Summit Advisory Partners, LLC and Lynn Thomas Group, and perhaps others, seeking deposition testimony and documents. Should such evidence prove relevant for purposes of the hearing, the SEC will supplement its answer to this interrogatory. In addition, should BCI offer Rule 30(b)(6) designees above and beyond Mr. Wieden, the Commission will, should it choose to offer such additional testimony in the hearing, supplement its answer to this interrogatory appropriately. Further, the Commission may rely upon affidavits at the hearing. In such event, it will supplement its answer to this interrogatory in a timely manner.

## SPECIFIC RESPONSES AND OBJECTIONS TO DEFENDANT'S REQUESTS FOR DOCUMENT PRODUCTION

1. Please produce all documents that support each contention in paragraph 1 of the Complaint.

Response: The Commission restates and incorporates its General Objections, as stated above. Subject to and without waiving those General Objections, the Commission

28