# EXHIBIT B



**Beverage Creations, Inc.**
1355 Mendota Heights Road
Suite 180
Mendota Heights, MN 55120
Main: 651-452-0199  Fax: 651-452-0855

February 19, 2008

Mr. Jason Wynn
Wynn Industries, LLC
4514 Cole Avenue, Suite 600
Dallas, TX 75205


Dear Mr. Wynn,

It has come to our attention that you have been using direct mail as a means to advertise and promote Beverage Creations Inc.'s common stock (Pink Sheets: BVRG).

Please be advised that you and your firm are not and never have been under contract or agreement with Beverage Creations, Inc. to conduct these services. Accordingly, we hereby demand that you immediately cease and desist from the use and distribution of all advertising and direct mail that outlines or mentions our company.

Furthermore, I ask that you deliver to me, all unused, undistributed copies of same, or destroy such copies immediately. I hope you take this action seriously and comply fully with these requirements.

We respectfully retain all of our rights and remedies available to us, at law or in equity.

Sincerely,


Bob Wieden
President & CEO

## CORRIGAN & MORRIS LLP
ATTORNEYS AT LAW

SUITE 475
201 SANTA MONICA BLVD.,
SANTA MONICA, CALIFORNIA 9040-2212

TELEPHONE (310) 394-2800
TELEFACSIMILE (310) 394-2825

STANLEY C. MORRIS
scm@cormorllp.com

WRITER'S DIRECT DIAL
(310) 394-2828

March 25, 2008

Jason R. Pickholz
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086

*Re:  Attorney-Client Privilege*

Dear Mr. Pickholz:

This firm represents Beverage Creations, Inc. ("BCI"). We have received notice that the Securities and Exchange Commission intends to take the deposition of your client, Stephen Czarnik, Esq., at 10:30 a.m. on March 27, 2008 in connection with a civil law suit it filed in the Northern District of Texas.

Mr. Czarnik is in possession of certain information that he gained as result of his attorney-client relationship with BCI, including attorney-client communications and attorney work product that is privileged and may not be disclosed by Mr. Czarnik. The attorney-client communication privilege and work product immunity doctrine belong to BCI. You have no authority whatsoever to waive either and you are not authorized to testify about BCI privileged matters, except as to the following topics

1. BCI has agreed to waive all attorney-client communications and work product protections having to do with the issuance of any and all convertible notes by BCI to Bellatalia LP, Thomas Wade Investments and Wynn Industries, Inc. (hereinafter the "Note Holders").

2. BCI has agreed to waive all attorney-client communications and work product protections having to do with the conversion by the Note Holders debts into equity in BCI and the issuance and transfer of the stock by BCI, including the subscription agreements executed by the converting Note Holders.

3. BCI has agreed to waive all attorney-client communications and work product protections having to do with the opinion of counsel that you gave regarding registration and/or exemption from registration of the shares issued to the Note Holders after the conversion of the notes.

Jason Pickholz
March 19, 2008
Page 2

CORRIGAN & MORRIS LLP

    4.    The cease and desist letter issued by BCI

Except as expressly described above, you are instructed to assert the attorney-client privilege as appropriate. Please confirm promptly that you intend to comply with this demand.

Sincerely,

CORRIGAN & MORRIS LLP

By: _____
Stanley C. Morris

cc: Tim Leiman, Esq.