# EXHIBIT F



February 4, 2010

Stephen Czarnik
17 State Street, 39th Floor
New York, New York 10004

Subject: Prohibited Attorney's List

Dear Mr. Czarnik:

This is to inform you that Pink OTC Markets Inc. (formerly Pink Sheets LLC) will no longer accept legal opinions from you. This decision is based on the charges set forth in the Securities and Exchange Commissions Litigation Release dated February 2, 2010 (http://www.sec.gov/litigation/litreleases/2010/lr21401.htm) which describes your role in multi-million dollar pump-and-dump stock schemes.

Pink OTC Markets has established a process in which attorneys provide letters with respect to adequate current information to assist companies to qualify for the Pink Sheets Current Information OTC Market Tier on www.pinksheets.com. We rely on opinions from counsel to state that the information posted on the OTC Disclosure and News Service provides adequate, current, publicly available information regarding the issuer and its securities. These materials are relied upon by public investors in making their investment decisions. Thus, Pink OTC Markets, and the investing public, must be able to rely upon the integrity of in-house and retained lawyers who represent issuers.

Based on the information available and your alleged participation in the "pump and dump" scheme, Pink OTC Markets has determined that it cannot rely on any such future Attorney Letters or other opinions written by you. Consequently, Pink OTC Markets has determined to add your name to our Prohibited Attorney's list found on http://www.pinksheets.com/pink/otcguide/issuers_service_providers.jsp?index=6.

Lastly, please notify each of your clients of this determination.

Sincerely,

Michael Vasilios
Director of Issuer Compliance

Cc: The Nelson Law Firm, LLC

## Pickholz, Jason R.

| | |
|---|---|
| From: | Stephen J. Czarnik [sczarnik@ccllp.com] |
| Sent: | Thursday, February 04, 2010 2:33 PM |
| To: | Pickholz, Jason R. |
| Subject: | FW: Prohibited Attorneys' List |
| Attachments: | Stephen Czarnik 2-4-2010.doc |

FYI.

**From:** Issuer Services [mailto:issuerservices@pinkotc.com]
**Sent:** Thursday, February 04, 2010 2:06 PM
**To:** 'sczarnik@ccllp.com'
**Cc:** 'bnlowson@nelsonlf.com'; Mike Vasilios
**Subject:** Prohibited Attorneys' List

Mr. Czarnik,

Please find attached a letter that was mailed to you this afternoon from Pink OTC Markets, Inc.

Regards,

**Issuer Services**
**Pink OTC Markets Inc.**
304 Hudson Street, 2nd Floor
New York, NY 10013
issuers@pinkotc.com
212-896-4420 W
212-896-5920 F



---

Pink OTC Markets Inc. provides the leading inter-dealer quotation and trading system in the over-the-counter (OTC) securities market. We create innovative technology and data solutions to efficiently connect market participants, improve price discovery, increase issuer disclosure, and better inform investors. Our marketplace, comprised of the issuer-listed OTCQX and broker-quoted Pink Sheets, is the third largest U.S. equity trading venue for company shares.

This document contains confidential information of Pink OTC Markets and is only intended for the recipient. Do not copy, reproduce (electronically or otherwise), or disclose without the prior written consent of Pink OTC Markets. If you receive this message in error, please destroy all copies in your possession (electronically or otherwise) and contact the sender above.

1