# EXHIBIT G



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
CHICAGO REGIONAL OFFICE, SUITE 900
175 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS 60604

Jonathan S. Polish
Senior Trial Counsel
Division of Enforcement

Telephone: (312) 353-6884
E-Mail: PolishJ@sec.gov

August 7, 2008

**VIA EMAIL**

Patrick Craine
Robert Castle
Bracewell & Giuliani LLP
1445 Ross Avenue, Suite 3800
Dallas, Texas 75202-2711

Re: <u>SEC v. Reynolds, et al.</u>

Dear Patrick & Rob:

    I am writing concerning Mr. Czarnik's recent document production, which is largely redacted. We believe most (if not all) of those redactions are improper. In this regard, I am attaching a recent letter from Mr. Czarnik's attorney. That letter makes clear that Mr. Czarnik did not represent Mr. Fleming regarding the BCI transaction. Rather, he only represented the company itself. Accordingly, there is no basis to redact communications about the BCI transaction in which third-parties, such as the Promoter Defendants (including Mr. Fleming), are copied. Moreover, we understand that defendants will be asserting as a defense in this matter their reliance on Mr. Czarnik's advice, thus waiving any privilege to which they otherwise would have been entitled – another reason why the aforementioned redactions are improper.

    With this in mind, we ask that you promptly direct Mr. Czarnik to produce the documents with the "SJC" numbering sequence in unredacted form (or with redactions limited to communications solely between him and BCI).

    I'd appreciate your position on this matter by Wednesday, August 13. Thank you for your attention to this matter.

Sincerely,

Jonathan S. Polish

Cc: Stan Morris
      Jason R. Pickholz
      Suzan Jo