# EXHIBIT L



**Information and Disclosure Statement**
**Pursuant to Rule 15C2-(11)(a)(5)**

This Statement has not been filed with the NASD or any other regulatory agency.

All information contained in this Information and Disclosure Statement has been compiled to fulfill the disclosure requirements of Rule 15c2-11(a)(5) promulgated under the Securities Act of 1934 as amended. The enumerated captions contained herein correspond to the sequential format as set forth in the Guidelines for Providing Adequate Current Public Information provided by PinkSheets, LLC.

APP 0197

## Section One: Issuers' Initial Disclosure Obligations

<u>Part A</u>      <u>General Company Information</u>

**Item I**        **The exact name of the issuer and its predecessor (if any).**

In answering this item, please also provide any names used by predecessor entities in the past five years and the dates of the name changes.

**Beverage Creations, Inc., (Hereinafter referred to as "Beverage Creations" or the "Company" or "Us" (formerly known as Granite Golf Group, Inc. from 7-1996 to 1-2008)**

**Item II**       **The address of the issuer's principal executive offices.**

In answering this item, please also provide (i) the telephone and fax number of the issuer's principal executive offices, (ii) if applicable, the URL of each website maintained by or on behalf of the issuer, and (iii) if applicable, the name, phone number, email address, and mailing address of the person responsible for the issuer's investor relations.

Beverage Creations, Inc.
1355 Mendota Heights Road, Ste. 180
Mendota Heights, MN 55120
Phone: 651-452-0199
Fax: 651-452-0855
www.bio2tonic.com

**Item III**      **The state and date of the issuer's incorporation or organization.**

Provide the issuer's state of incorporation or state of organization (if the issuer is not a corporation) and the date on which it was incorporated or organized.

State of Delaware, July 21, 1998

**Item IV**       **The name and address of the transfer agent\*.**

In answering this item, please also provide the telephone number of the transfer agent, indicate whether or not the transfer agent is registered under the Exchange Act, and state the appropriate regulatory authority of the transfer agent.



APP 0198

*To be included in OTCQX, Pink Sheets' Emerging Equities Category or Pink Sheets'
Current Information Category, the issuer's transfer agent *must* be registered under the
Exchange Act.

PacWest Transfer LLC
2510 Pines Rd North
Suite 206B
Spokane Valley, WA  99206
509-926-2330
509-926-2513-FAX

### Item V        The nature of the issuer's business.

In describing the issuer's business, please provide the following information:

A.     <u>Business Development</u>.  Describe the development of the issuer and material
events during the last three years so that a potential investor can clearly understand
the history and development of the business.  If the issuer has not been in business for
three years, provide this information for any predecessor company.  This business
development description must also include:

     1.     the form of organization of the issuer (e.g., corporation, partnership,
limited liability company, etc.);
Beverage Creations Inc. is a Delaware corporation

     2.     the year that the issuer (or any predecessor) was organized;
1998

     3.     the issuer's fiscal year end date;
December 31.

     4.     whether the issuer (or any predecessor) has been in bankruptcy,
receivership or any similar proceeding;
The company has not been in bankruptcy, receivership or any similar
proceeding.

     5.     any material reclassification, merger, consolidation, or purchase or sale
of a significant amount of assets;
Pursuant to a Share Exchange and Recapitalization Agreement dated
September 24, 2007 by and between the Company and Beverage
Creations Inc., a Minnesota corporation, the Company issued
56,800,000 shares of its common stock to the shareholders of Beverage
Creations Inc.(MN) for all of the issued and outstanding shares of
Beverage Creations Inc., a Minnesota corporation.  As a result of the



transaction, Beverage Creations Inc. (MN) is wholly owned by the Company. In addtion, at the consumation of the transactions contemplated by the Share Exchange Agreement, the former shareholders of Beverage Creations Inc. (MN) owned 99% of the total issued and outstanding common stock of the Company. In addtion, pursuant to the Share Exchange Agreement, all of the officers and directors of Beverage Creations Inc. (MN) became the officers and directors of the Company.

6.    any default of the terms of any note, loan, lease, or other indebtedness or financing arrangement requiring the issuer to make payments;
      No

7.    any change of control;
      Pursuant to a Share Exchange and Recapitalization Agreement dated September 24, 2007 by and between the Company and Beverage Creations Inc., a Minnesota corporation, the Company issued 56,890,000 shares of its common stock to the shareholders of Beverage Creations Inc.(MN) for all of the issued and outstanding shares of Beverage Creations Inc., a Minnesota corporation. As a result of the transaction, Beverage Creations Inc. (MN) is wholly owned by the Company. In addtion, at the consumation of the transactions contemplated by the Share Exchange Agreement, the former shareholders of Beverage Creations Inc. (MN) owned 99% of the total issued and outstanding common stock of the Company. In addtion, pursuant to the Share Exchange Agreement, all of the officers and directors of Beverage Creations Inc. (MN) became the officers and directors of the Company.

8.    any increase in 10% or more of the same class of outstanding equity securities;
      Please see response to numbers 5 and 7 above.

9.    any past, pending or anticipated stock split, stock dividend, recapitalization, merger, acquisition, spin-off, or reorganization;
      No

10.   any delisting of the issuer's securities by any securities exchange or NASDAQ or deletion from the OTC Bulletin Board; and
      No

11.   any current, past, pending or threatened legal proceedings or administrative actions either by or against the issuer that could have a material effect on the issuer's business, financial condition, or operations and any current, past or pending trading suspensions by a securities



APP 0200

regulator. State the names of the principal parties, the nature and current status of the matters, and the amounts involved.
No

B.    <u>Business of Issuer</u>. Describe the issuer's business so a potential investor can clearly understand it. To the extent material to an understanding of the issuer, please also include the following:

1.    the issuer's primary and secondary SIC Codes;
Primary Group: 20 Food
Secondary Group: 2080 Beverage
           3949 Sporting & Athletic Goods

2.    if the issuer has never conducted operations, is in the development stage, or is currently conducting operations;
The company is currently conducting operations

3.    if the issuer is considered a "shell company" pursuant to Securities Act Rule 405;
The company is not considered a "shell company".

4.    the names of any parent, subsidiary, or affiliate of the issuer, and its business purpose, its method of operation, its ownership, and whether it is included in the financial statements attached to this disclosure document;
The company has an operating subsidiary, Beverage Creations Inc., a Minnesota corporation. The operating subsidiary currently conducts the business on the consolidated group (including the company). Unless indicated otherwise reponses provided herein are with respect to the consolidated group which includes Beverage Creations, Inc., a Delaware corporation and parent company, and Beverage Creations, Inc., a Minnesota corporation and subsidiary.

5.    the effect of existing or probable governmental regulations on the business;
N/A

6.    an estimate of the amount spent during each of the last two fiscal years on research and development activities, and, if applicable, the extent to which the cost of such activities are borne directly by customers;
Development costs in 2006 and 2007 total $545,250. The cost of this development is paid for and not borne directly by our customers.

7.    costs and effects of compliance with environmental laws (federal, state and local); and
N/A



APP 0201

8.   the number of total employees and number of full-time employees.
The company currently has 4 full-time employees

For issuers engaged in mining, oil and gas production and real estate activities, substantial additional disclosure of the issuer's business is required.  Contact Pink Sheets for more information.

**Item VI      The nature of products or services offered.**

In responding to this item, please describe the following so that a potential investor can clearly understand the products and services of the issuer:

A.   principal products or services, and their markets;

Beverage Creations, Inc. has developed an Energized Hydration System, a new beverage product that we believe will revolutionize the beverage industry.  Our product, bio2TONIC™, is poised to launch into the $14 Billion dollar domestic bottled water market and the $43 Billion dollar international bottled water market.  For decades, the beverage industry has chosen to promote its products utilizing "secret formulas" and mere "brand recognition" but has never been able to leverage an Intellectual Property (IP) strategy to its' products.  Our goal is to change this paradigm by developing a totally new beverage sub-category and control this "gap" by leveraging our IP rights.  The company will extend the brand through licensing, contract bottling agreements, and strategic distribution partners.

bio2TONIC will be the only known beverage system to supply multiple doses of vitamin-enhanced water (or any other beverage) and breathable, oxygen-enriched air.  The bio2TONIC product form factor rivals any conventional water bottle on the market, except, as an added bonus, it also offers the consumer a portable oxygen system.

This proprietary product contains two containers - the top container is made entirely out of recyclable PET plastic, and the bottom container is made out of a custom-made metal/tin aerosol can.  In this configuration, the bio2TONIC bottle currently stands 9 1/2 inches (243mm) tall and is about 3 inches (73mm) in diameter -- about the same as a one-half liter water bottle on the market today.  The convenient size of the bio2TONIC bottle will allow for easy use for consumers and adhere to the current industry standards for retail placement.  The bottle container holds 16.9 oz. (500mL) of any liquid beverage and the oxygen compartment contains 2.9 liters (compressed) of 90% Oxygen-enriched air.  This allows enough oxygen for 25 -- 2 second inhalations. When oxygen is needed, a person merely places their nose into the oxygen delivery system - with a quick press of the actuator - a person can instantly breathe fresh, clean



APP 0202

oxygen. Because of our innovative design, both units affix to one another for the ultimate in user convenience. When the oxygen or water compartments are depleted - either unit may be detached — allowing the user to recycle the spent container or giving them the option of purchasing a separate bio2TONIC water or oxygen container later.

B.  distribution methods of the products or services;
The bio2TONIC product will be manufactured by multiple manufacturing partners. Using our chosen supplier network will allow us to efficiently control up-front capital expenditures and allow us to be more flexible in our production capacity.

The sale and distribution of the product will be accomplished through several different methods.

Method One: Beverage Creations has developed an interactive web site, www.bio2tonic.com, allowing consumers to purchase the product direct from our warehouse.

Method Two: Beverage Creations is currently targeting distribution partners about securing a dedicated distribution network for retail accounts.

Method Three: Beverage Creations has a promotional strategy for National target venues. This will allow a factory direct model.

C.  status of any publicly announced new product or service;
National public relations and marketing campaign to coincide with national product launch in Spring 2008

D.  competitive business conditions, the issuer's competitive position in the industry, and methods of competition;
The beverage industry is an intensely competitive market; however, start-up companies have been very successful in building marketshare and selling their concepts to the major industry players. This is because, in recent years, there has been a noticeable shift in the thinking of a large majority of consumers on how one should live their life. Scientific research has bombarded people with a plethora of facts on why it is so important to monitor what is put into their body. As a result, there is a major trend showing consumers spending more and more money on products that are good for their bodies and promote a healthy lifestyle.

Beverage Creations is positioned to capitalize on the many favorable trends in the health side of the beverage market. Unfortunately, much of the scientific research done on the environment contains depressing statistics about the quality of the water and air, causing people to really pay attention to the purity of what they are drinking and breathing.



APP 0203

Consumers are generally concerned with what they put into their bodies and are willing to pay a premium for healthy products with realizable benefits. Another significant trend favoring bio2TONIC, is the increasing awareness that people have about the importance of clean, oxygen intake. The is evidenced by the opening of oxygen bars in cities all over the world, especially in cities with high levels of pollution, resulting in a widespread desire for a breath of fresh air. In these "bars", customers typically pay $1.00 per minute while connected to an oxygen breathing tube. The problem is that these "bars" are not portable so they are not convenient for anybody with an active lifestyle. It is our belief that the oxygen phenomenon is beginning to gain momentum and many believe bottled oxygen is at a similar point that bottled water was twenty years ago - on the verge of breaking into the mainstream market. As the earth's pollution levels continue to increase and people become more aware of the importance of oxygen and what it does for the body, companies positioned in the oxygen business will reap the benefits of inevitable increased demand.

### Carbonated Beverage Market

U.S. carbonated soft drink volume declined in 2005 – and continued in 2007. While carbonated soft drinks remain the largest beverage category in the country and the leading brands rank as the most popular refreshment beverages, consumers are increasingly seeking other types of beverages in their refreshment routines. Generally, these products, such as bottled water, are perceived to be healthier than carbonated soft drinks.

Press reports continue to associate carbonated soft drinks with the expanding waistlines of Americans, especially children. Municipalities around the country have barred the beverages from schools and other community locations. In this environment, bottled water – with no calories, sugar or artificial ingredients – has been able to thrive.

### Bottled Water Segment

The bottled water industry has grown exponentially over the past fifteen years, literally creating its own "water culture". The U.S. bottled water market grossed nearly $14 billion in retail sales in 2006. Beverage Marketing Corporation states that bottled water is now the most consumed beverage based on volume in the U.S., surpassing beer. Americans now drink bottled water in greater quantity than coffee, beer, and milk. Bottled water accounted for 21% of all liquid in-take in 2006.

### New Age Beverages

People have become more knowledgeable about what it takes to be healthy. Health and wellness continue to shape consumer choice in the



APP 0204

New Age non-carbonated beverage category, which was the fastest growing beverage product category in 2006. This category includes the following:

- Energy Drinks/Infused Water
- Fruit Juices and Drinks
- Bottled/Canned Teas
- Sports Drinks

Consumers today are spending more and more money on products that promote a healthy lifestyle. People's attitudes about healthy living have changed drastically over the past twenty years. Consumers are more knowledgeable about the benefits of living healthier, thus the many products that promote healthy living have seen record sales in recent years. Additionally, with the advancements in scientific research, the general population is more aware of the importance of living a healthy lifestyle and thus behaviors have changed.

Another favorable trend for bio2TONIC product is the increased participation and competitiveness in sports around the world. The effects of purified water and clean oxygen are extremely beneficial to athletes. When a participant is lacking the proper amount of water and oxygen, their performance suffers. In today's competitive sporting landscape, athletes are looking for anything that will boost their performance. bio2TONIC offers athletes what no other product does, clean water and a clean source of oxygen in one convenient bottle.

E.  sources and availability of raw materials and the names of principal suppliers;
We have built a network of established component suppliers that can sufficiently handle our manufacturing and volume growth. The component suppliers are as follows:

Guppy Plastic Industries Sdn Bhd
Lot 15 - 19, Lorang3A, Kawasan Perushan Cheras Jaya
43200 Cheras, Selangor, Malaysia

Hengyu Can-making Co., Ltd.
Jiajing Development District
Zengcheng City, Guangzhou, China

F.  dependence on one or a few major customers;
Beverage Creations does not have a dependence on any major customer.

G.  patents, trademarks, licenses, franchises, concessions, royalty agreements or labor contracts, including their duration; and



There are currently three patents for bio2TONIC registered with the U.S. Patent and Trademark Office (USPTO). International patents have been filed under the Patent Co-op Treaty (PCT).

The trademark for the bio2TONIC name is currently been registered with the U.S. Patent & Trademark Office. Over the course of the next year, the trademark will be filed in additional countries, as warranted.

H.   the need for any government approval of principal products or services and the status of any requested government approvals.
N/A

**Item VII      The nature and extent of the issuer's facilities.**

The goal of this section is to provide a potential investor with a clear understanding of all assets, properties or facilities owned, used or leased by the issuer.

In responding to this item, please clearly describe the assets, properties or facilities of the issuer, give the location of the principal plants and other property of the issuer and describe the condition of the properties. If the issuer does not have complete ownership or control of the property (for example, if others also own the property or if there is a mortgage on the property), describe the limitations on the ownership.

If the issuer leases any assets, properties or facilities, clearly describe them as above and the terms of their leases.

The lease for Beverage Creations has been transferred from another entity and is currently in year two of a five-year six month lease on 3,800 sq. ft. of office and warehouse space in Mendota Heights, Minnesota. The lease term ends on June 30, 2011 and the effective monthly lease amount is $3,642.63.

**Part B        Share Structure and Issuance History**

**Item VIII     The exact title and class of securities outstanding.**

In answering this item, provide the exact title and class of each class of outstanding securities. In addition, please provide the CUSIP and trading symbol.

Common Stock
Security Symbol: BVRG.PK
Cusip Number: 08782W106

Preferred Stock which does not currently trade in the public market



**Item IX**      Description of the security.

A.      *Par or Stated Value.*  Provide the par or stated value for <u>each class</u> of outstanding securities.

Common Stock has a par value of $0.001 per share; Preferred Stock has a par value of $0.001 per share

B.      *Common or Preferred Stock.*

1.  For common equity, describe any dividend, voting and preemption rights. Common Stock has voting rights of 1 vote per share, no other preemptive rights.

2.  For preferred stock, describe the dividend, voting, conversion and liquidation rights as well as redemption or sinking fund provisions. The preferred stock is entitled to the number of votes equal to the result of: (i) the number of shares of common stock of the Company (the "Common Shares") issued and outstanding at the time of such vote multiplied by 1.10; divided by (ii) the total number of preferred stock issued and outstanding at the time of such vote, at each meeting of shareholders of the Company with respect to any and all matters presented to the shareholders of the Company for their action or consideration, including the election of directors. Except as provided by law, holders of preferred shares shall vote together with the holders of common shares as a single class.

3.  Describe any other material rights of common or preferred stockholders. None, other than as described

4.  Describe any provision in issuer's charter or by-laws that would delay, defer or prevent a change in control of the issuer. None

**Item X**      **The number of shares or total amount of the securities outstanding for <u>each class</u> of securities outstanding.**

In answering this item, provide the information below for <u>each class</u> of securities authorized. Please provide this information (i) as of the end of the issuer's most recent fiscal quarter and (ii) as of the end of the issuer's last two fiscal years.  (The goal of this item is to identify changes in securities outstanding.  If this information is not available for the most recent fiscal quarter end ("FQE") and last two fiscal year ends ("FYE"), or if the most recent FQE is the same as the FYE, please provide it for at least two alternative time periods.)



APP 0207

(i)     Period end date;
(ii)    Number of shares authorized;
(iii)   Number of shares outstanding;
(iv)    Freely tradable shares (public float);
(v)     Total number of beneficial shareholders; and
(vi)    Total number of shareholders of record.

As of February 1, 2008
Authorized - 200,000,000
Shares Issued - 66,216,809
Float - 10,106,809
133 Registered Shareholders

Preferred:
Authorized 100,000
Shares issued - 50,000
Float - 0
5 Shareholders

**Item XI**      **List of securities offerings and shares issued for services in the past two years.**

List below any events, in chronological order, that resulted in changes in total shares outstanding by the issuer (1) within the two-year period ending on the last day of the issuer's most recent fiscal year and (2) since the last day of the issuer's most recent fiscal year.

The list shall include all offerings of securities, whether private or public, and shall indicate:

(i)     The nature of each offering (e.g., Securities Act Rule 504, intrastate, etc.);

(ii)    Any jurisdictions where the offering was registered or qualified;

(iii)   The number of shares offered;

(iv)    The number of shares sold;

(v)     The price at which the shares were offered, and the amount actually paid to the issuer;

(vi)    The trading status of the shares; and



APP 0208

(vii)   Whether the certificates or other documents that evidence the shares contain a legend (1) stating that the shares have not been registered under the Securities Act and (2) setting forth or referring to the restrictions on transferability and sale of the shares under the Securities Act.

The list shall also include all shares or any other securities or options to acquire such securities issued for services in the past two fiscal years and any interim periods, describing (1) the securities, (2) the persons or entities to whom such securities were issued and (3) the services provided by such persons or entities.

With respect to private offerings of securities, the list shall also indicate the identity of the persons who purchased securities in such private offering; *provided, however,* that in the event that any such person is an entity, the list shall also indicate (a) the identity of each natural person beneficially owning, directly or indirectly, more than five percent (5%) of any class of equity securities of such entity and (b) to the extent not otherwise disclosed, the identity of each natural person who controlled or directed, directly or indirectly, the purchase of such securities for such entity.

Part C    Management and Control Structure

**Item XII    The name of the chief executive officer, members of the board of directors, as well as control persons.**

The goal of this section is to provide an investor with a clear understanding of the identity of all the persons or entities that are involved in managing, controlling or advising the operations, business development and disclosure of the issuer, as well as the identity of any significant shareholders.

A.    Officers and Directors. In responding to this item, please provide the following information for each of the issuer's executive officers, directors, general partners and control persons, as of the date of this information statement:

1.    Full name;

2.    Business address;

3.    Employment history (which must list all previous employers for the past 10 years, positions held, responsibilities and employment dates);

4.    Board memberships and other affiliations;

5.    Compensation by the issuer; and



6.    Number and class of the issuer's securities beneficially owned by each
      such person.

1. Robert Wieden – President, Chief Executive Officer and Director
   3218 Red Oak Drive
   Eagan, MN 55121

   Patrick Dado – Chief Operations Officer and Director
   10875 Andes Circle
   Inver Grove Heights, MN 55077

   Robert Feeback – Director
   5824 Braemar Drive
   Plano, TX 75093

   Danny Brady – Director
   3331 Ricci Lane
   Irving, TX 75062

   Chad Hennings – Director
   6101 Bay Valley Ct
   Flower Mound, TX 75022

2. Beverage Creations, Inc.
   1355 Mendota Heights Rd. Ste. 180
   Mendota Heights, MN 55120

3. Mr. Wieden was appointed President and Chief Executive Officer of Beverage
Creations on October 19, 2006. He posseses 21 years of sales and marketing
management experience and has been a visionary for developing new and innovative
products & services. Prior to this appointment, Mr. Wieden was President and Chief
Executive Officer of Adventus Consumer Products and Adventus Marketing Concepts
from September 2001 to the present. Between March 2000 to September 2001 Mr.
Wieden led the Midwest regional office for Perot Systems. Between February 1996
and June 1999 he led Sales & Marketing for GTE Data Systems.

   Mr. Dado was appointed Chief Operations Officer of Beverage Creations on
October 19, 2006. Mr. Dado brings 18 years of highly qualified experience in
consulting and operational experience to Beverage Creations. His responsibilities
include oversight of administrative and information systems, as well as oversight of all
production and supply chain matters. Prior to Beverage Creations, Mr. Dado was
COO of Adventus Consumer Products since 2002. From 2000 to 2002, Mr. Dado
worked as a Senior Business Consultant at Perot Systems, Inc. and ACP, Inc. for
many Fortune 500 companies including Northwest Airlines, American Express, Cargill,
and 3M in the areas of process re-engineering, project management and supply chain.



Mr. Dado was Chief Operating Officer of Comprehensive Care Services, a subsidiary of Blue Cross Blue Shield of Minnesota from 1997 to 2000.

Mr. Feeback was appointed to the Board of Beverage Creations on June 27, 2007. Mr. Feeback was Vice President, Central U.S. of The Coca-Cola Company (1980 to 2000), Vice President, Benefits Outsourcing Practice Leader SW Region for Hewitt Associates (2000 to 2002) and President and Chief Operating Officer of Leadership Sales, Inc.( 2003 to 2004). Mr. Feeback is currently also a director of Plano Sports Authority and acts in an advisory capacity for a number of other companies. He has a BBA in Management and Marketing from West Texas State University.

Mr. Brady was appointed to the Board of Beverage Creations on June 27, 2007. Mr. Brady brings general management, marketing, merchandising, customer service, product fulfillment and sales experience to Beverage Creations. Brady has almost 30 years experience in organizational effectiveness and in managing organizations / teams in the consumer products industry. He has managed significant growth and the launch and expansion of brands on a national basis. Brady spent 27 years with Nestle USA and various Nestle USA affiliates in senior management leadership roles.

Mr. Hennings was appointed to the Board of Beverage Creations on July 24, 2007 and is President of Hennings Management Corporation since its inception in 1997. Mr Hennnings oversees the day to day consulting operations, to include business development, marketing, customer relations, and endorsement opportunities for the corporation's clientele. From 1992-2000, Mr. Hennings was a member of the three time Super Bowl Champion Dallas Cowboys. He was a starting defensive lineman. From 1988-1992, Mr Hennings was a United States Air Force fighter pilot. He is credited with flying 45 missions into Northern Iraq in support of Operation Desert Storm and Operation Provide Comfort.

4. Mr. Wieden:
   Adventus Consumer Products, LLC     2000 - Present
   ZERT Development Partners, LLC       2005 - Present

   Mr. Dado:
   Adventus Consumer Products, LLC     2002 - Present
   ZERT Development Partners, LLC       2005 - Present

   Mr. Feeback:
   My Vintage Baby, Inc (MVBY)         2007 - Present
   Plano Sports Authority             2005 - Present

   Mr. Brady:
   Louisiana Tech University - College of Business  2006 - Present



APP 0211

5. Robert Wieden has an annual salary of $125,000
Patrick Dado has an annual salary of $115,000
Robert Feeback, Dan Brady and Chad Hennings are not collecting an annual salary.

6. Robert Wieden   21,600,000 shares of common stock and 25,000 shares of preferred stock

Patrick Dado   21,600,000 shares of common stock and 25,000 shares of preferred stock

Rob Feeback   3,200,000 shares of common stock and no shares of preferred stock

Dan Brady   3,000,000 shares of common stock and no shares of preferred stock

Chad Hennings   2,000,000 shares of common stock and no shares of preferred stock

B.   Legal/Disciplinary History. Please identify whether any of the foregoing persons have, in the last five years, been the subject of:

1.   A conviction in a criminal proceeding or named as a defendant in a pending criminal proceeding (excluding traffic violations and other minor offenses);

2.   The entry of an order, judgment, or decree, not subsequently reversed, suspended or vacated, by a court of competent jurisdiction that permanently or temporarily enjoined, barred, suspended or otherwise limited such person's involvement in any type of business, securities, commodities, or banking activities;

3.   A finding or judgment by a court of competent jurisdiction (in a civil action), the Securities and Exchange Commission, the Commodity Futures Trading Commission, or a state securities regulator of a violation of federal or state securities or commodities law, which finding or judgment has not been reversed, suspended, or vacated; or

4.   The entry of an order by a self-regulatory organization that permanently or temporarily barred, suspended or otherwise limited such person's involvement in any type of business or securities activities.



APP 0212

None

C.    Disclosure of Certain Relationships. Describe any relationships existing among and between the issuer's officers, directors and shareholders.

To the extent not otherwise disclosed, describe all relationships and affiliations among and between the shareholders and the issuer, its predecessors, its present and prior officers and directors, and other shareholders.

Mr. Feeback is the Managing Partner of Summit Advisory Partners and Mr. Brady is Partner of Summit Advisory Partners, which have been designated by Beverage Creations to provide management and advisory services related to the launch into the beverage industry.

D.    Disclosure of Conflicts of Interest.  Describe any related party transactions or conflicts of interests.  Provide a description of the circumstances, parties involved and mitigating factors for any related party transactions or executive officer or director with competing professional or personal interests.

None

**Item XIII    Beneficial Owners.**

Provide a list of the name, address and shareholdings of all persons beneficially owning more than five percent (5%) of any class of the issuer's equity securities.

To the extent not otherwise disclosed, if any of the above shareholders are corporate shareholders, provide the name and address of the person(s) owning or controlling such corporate shareholders and the resident agents of the corporate shareholders.

**Robert Wieden 21,600,000 shares of common stock and 25,000 shares of preferred stock**

**Patrick Dado   21,600,000 shares of common stock and 25,000 shares of preferred stock**

**Item XIV    The name, address, telephone number, and email address of each of the following outside providers that advise the issuer on matters relating to the operations, business development and disclosure:**

1. Investment Banker

2. Promoters



APP 0213

   3. Counsel

   4. Accountant or Auditor – the information shall clearly (i) describe if an outside accountant provides audit or review services, (ii) state the work done by the outside accountant and (iii) describe the responsibilities of the accountant and the responsibilities of management (i.e. who audits, prepares or reviews the issuer's financial statements, etc.).  The information shall include the accountant's phone number and email address and a description of the accountant's licensing and qualifications to perform such duties on behalf of the issuer.

   5. Public Relations Consultant(s)

   6. Investor Relations Consultant

   7. Any other advisor(s) that assisted, advised, prepared or provided information with respect to this disclosure documentation – the information shall include the telephone number and email address of each advisor.

1. Investment Banker
None

2. Promoters
None

3. Counsel

   Cohen & Czarnik LLP
   17 State Street, 39th Floor
   New York, NY 10005
   Phone: 212-371-8500

   Magnussen Law Group, Inc.
   333 North Main Street, Ste. 202
   Stillwater, MN 55082
   Phone: 651-439-9464

   Inskeep Intellectual Property Group, Inc.
   7965 Stone Creek Drive, Ste. 110
   Chanhassen, MN 55317
   Phone: 952-351-9800

4. The company's outside accountant provides financial services for the firm.

   Tjaden & Associates, Inc.



APP 0214

512 3ʳᵈ Street SE
Osseo, MN 55369
Phone: 763-425-1410

5. Public Relations

Kohnstamm Communications Inc.
400 N. Robert St.
14ᵗʰ Floor
St. Paul, MN 55101
Phone: 651-228-9141

6. Investor Relations Consultants

Woodbridge Capital Inc.
7700 Pine Valley Drive
Suite 72064
Woodbridge, Ontario  Canada  L4L 2X0

7. Robert Feeback
Summit Advisory Partners, Inc.
Two Lincoln Centre.
5420 LBJ Freeway, Ste. 1450
Dallas, TX 75240
Phone: 972-490-2352
email: rfeeback@summitadvisorypartners.com

Part D___    Financial Information

Item XV     Financial information for the issuer's most recent fiscal period.

The issuer shall include the financial statements listed below in the disclosure document and
provide a list in the disclosure document describing the financial statements.

The issuer shall provide the following financial statements for the most recent fiscal period
(whether fiscal quarter or fiscal year). ·

1) balance sheet;
2) statement of income;
3) statement of cash flows;
4) statement of changes in stockholders' equity;
5) financial notes; and
6) audit letter, if audited

Version 9.1 Updated on 4/17/2007                          Page 22 of 47



APP 0215

The financial statements requested pursuant to this item shall be prepared in accordance with generally accepted accounting principles (GAAP)[3] by persons with sufficient financial skills.

Information contained in annual financial statements will not be considered current more than 90 days after the end of the issuer's fiscal year immediately following the fiscal year for which such statement are provided, or with respect to quarterly financial statements, more than 45 days after the end of the quarter immediately following the quarter for which such statements are provided.

| 1. 1. Balance Sheet | | Dec 31, 07 |
|---|---|---|
| ASSETS | | |
| Current Assets | | |
| Checking/Savings | | |
| Associated Bank | 12,506.75 | |
| Total Checking/Savings | | 12,506.75 |
| Other Current Assets | | |
| Inventory Asset | 95,980.36 | |
| Total Other Current Assets | | 95,980.36 |
| Total Current Assets | | 108,487.11 |
| Fixed Assets | | |
| bio2TONIC Patent | 545,250.57 | |
| Total Fixed Assets | | 545,250.57 |
| TOTAL ASSETS | | 653,737.68 |
| LIABILITIES & EQUITY | | |
| Liabilities | | |
| Current Liabilities | | |
| Accounts Payable | | |
| Accounts Payable | 43,156.67 | |
| Total Accounts Payable | | 43,156.67 |
| Credit Cards | | |
| Associated Bank Credit Card | 9,450.28 | |
| Wells Fargo - 2 | 5,048.90 | |
| Total Credit Cards | | 14,499.18 |
| Total Current Liabilities | | 57,655.85 |
| Long Term Liabilities | | |
| Notes Payable | 545,250.57 | |
| Total Long Term Liabilities | | 545,250.57 |
| Total Liabilities | | 602,906.42 |
| Equity | | |
| Opening Bal Equity | | 145,968.58 |
| Net Income | | -95,137.32 |

---

[3] Foreign private issuers that have furnished information to the Securities and Exchange Commission pursuant to Rule 12g3-2(b) under the Exchange Act can provide those same financial statements as an alternative to U.S. GAAP. For information regarding U.S. GAAP, see http://cpaclass.com/gaap/gaap-us-01a.htm.



Total Equity                                50,831.26
TOTAL LIABILITIES & EQUITY                 653,737.68

2. N/A

3.   Statement of Cash Flows          Oct - Dec 07
         OPERATING ACTIVITIES
             Net Income                          -31,656.78
             Adjustments to reconcile Net Income
             to net cash provided by operations:
                 Inventory Asset                 -25,000.00
                 Accounts Payable                  6,022.74
                 Associated Bank Credit Card       6,873.59
             Net cash provided by Operating Activities   -43,760.45
         FINANCING ACTIVITIES
             Opening Bal Equity                   50,000.00
             Net cash provided by Financing Activities   50,000.00
         Net cash Increase for period              6,239.55
         Cash at beginning of period               6,267.20
Cash at end of period                             12,506.75

4. N/A
5. N/A
6. N/A


**Item XVI**     **Similar financial information for such part of the two preceding fiscal years as the issuer or its predecessor has been in existence.**

Please provide the financial statements described in Item XV above for the issuer's two preceding fiscal years.

N/A


**Item XVII**     **Management's Discussion and Analysis or Plan of Operation.**

*Instructions to Item XVII*

Issuers that have not had revenues from operations in each of the last two fiscal years, or the last fiscal year and any interim period in the current fiscal year for which financial statements are furnished in the disclosure document, shall provide the information in paragraphs A and C of this item.  All other issuers shall provide the information in paragraphs B and C of this item.



APP 0217

The discussion and analysis shall focus specifically on material events and uncertainties known to management that would cause reported financial information not to be necessarily indicative of future operating results or of future financial condition.

Issuers are not required to supply forward-looking information. This is distinguished from presently known data that will impact upon future operating results, such as known future increases in costs of labor or materials. This latter data may be required to be disclosed.

A.    Plan of Operation.

    1.    Describe the issuer's plan of operation for the next twelve months. This description should include such matters as:

        i.    a discussion of how long the issuer can satisfy its cash requirements and whether it will have to raise additional funds in the next twelve months;

        ii.    a summary of any product research and development that the issuer will perform for the term of the plan;

        iii.    any expected purchase or sale of plant and significant equipment; and

        iv.    any expected significant changes in the number of employees.

A.

    1. i. Beverage Creations has completed and paid for all of the Research & Development efforts to commercialize the bio2TONIC beverage product. All corporate expenditures for Beverage Creations have been funded by an infusion of funds from company founders, Robert Wieden and Patrick Dado. In this scenario, we believe Beverage Creations can operate on its sustained cash flow once introduced in the marketplace. So at this juncture, we do not envision the need to raise more funds in the next twelve months but this could change if market acceptance of the product accelerates past projections and the need to increase our market capacity exists.

The revenue model will be dependent on a product and International licensing revenue stream. Domestically, we envision that the bio2TONIC product will be solely controlled and distributed by Beverage Creations initially, with the distribution moving to a more traditional beverage distribution stream.

Beverage Creations is currently building six different molds, three for the custom aerosol can and three for the injection molded product components. Since the aerosol can is a custom configuration, it was necessary to build custom molds that would allow us to build a non-industry can on existing manufacturing equipment. The three molds will cost us a combined $20,000



and will allow us automated efficiencies through an in-line production process. The injection molds will be built to reflect our volume projections past our market inception so we have decided to amortize the initial combined costs of $74,000. This amortization is calculated on the production of 1 million units with our supplier.

The full expense burden for these tasks amounts to $138,000 - with the balance ($61,000) not due until March, 2008. On the marketing side, we are currently in the process of building distribution and marketing channels for the launch of the product.

1. ii.  Beverage Creations has completed transitioning from prototype engineering designs to building the production molds for the components of our proprietary product. During this phase, we are currently planning and designing the production lines and filling lines for our impending launch.

R & D is complete. Remaining expenditures will be associated with beverage development, encompassing beverage formulation, flavorings and packaging design.

1. iii.  Beverage Creations is currently in discussions regarding to form a joint-venture manufacturing arrangement to build our own manufacturing production lines. It is not known if these formative talks will lead to a contractual agreement.

1. iv.  Company will hire an experienced Marketing Coordinator to work with and manage distributors and partner channels.

B.   Management's Discussion and Analysis of Financial Condition and Results of Operations.

1.   *Full fiscal years.*  Discuss the issuer's financial condition, changes in financial condition and results of operations for each of the last two fiscal years. This discussion should address the past and future financial condition and results of operation of the issuer, with particular emphasis on the prospects for the future. The discussion should also address those key variable and other qualitative and quantitative factors that are necessary to an understanding and evaluation of the issuer. If material, the issuer should disclose the following:

    i.   Any known trends, events or uncertainties that have or are reasonably likely to have a material impact on the issuer's short-term or long-term liquidity;

    ii.   Internal and external sources of liquidity;



APP  0219

    iii.    Any material commitments for capital expenditures and the expected sources of funds for such expenditures;

    iv.    Any known trends, events or uncertainties that have had or that are reasonably expected to have a material impact on the net sales or revenues or income from continuing operations;

    v.    Any significant elements of income or loss that do not arise from the issuer's continuing operations;

    vi.    The causes for any material changes from period to period in one or more line items of the issuer's financial statements; and

    vii.    Any seasonal aspects that had a material effect on the financial condition or results of operation.

N/A

2.    *Interim Periods.* Provide a comparable discussion that will enable the reader to assess material changes in financial condition and results of operations since the end of the last fiscal year and for the comparable interim period in the preceding year.

N/A

C.    Off-Balance Sheet Arrangements.

1.    In a separately-captioned section, discuss the issuer's off-balance sheet arrangements that have or are reasonably likely to have a current or future effect on the issuer's financial condition, changes in financial condition, revenues or expenses, results of operations, liquidity, capital expenditures or capital resources that is material to investors. The disclosure shall include the items specified in paragraphs C(1)(i), (ii), (iii) and (iv) of this Item XVII to the extent necessary to an understanding of such arrangements and effect and shall also include such other information that the issuer believes is necessary for such an understanding.

    i.    The nature and business purpose to the issuer of such off-balance sheet arrangements;

    ii.    The importance to the issuer of such off-balance sheet arrangements in respect of its liquidity, capital resources, market risk support, credit risk support or other benefits;

    iii.    The amounts of revenues, expenses and cash flows of the issuer arising from such arrangements; the nature and amounts of any



APP 0220

interests retained, securities issued and other indebtedness incurred by the issuer in connection with such arrangements; and the nature and amounts of any other obligations or liabilities (including contingent obligations or liabilities) of the issuer arising from such arrangements that are or are reasonably likely to become material and the triggering events or circumstances that could cause them to arise; and

iv. Any known event, demand, commitment, trend or uncertainty that will result in or is reasonably likely to result in the termination, or material reduction in availability to the issuer, of its off-balance sheet arrangements that provide material benefits to it, and the course of action that the issuer has taken or proposes to take in response to any such circumstances.

C.

1.

i. None

ii. None

iii. None

iv. None

2. As used in paragraph C of this Item XVII, the term off-balance sheet arrangement means any transaction, agreement or other contractual arrangement to which an entity unconsolidated with the issuer is a party, under which the issuer has:

i. Any obligation under a guarantee contract that has any of the characteristics identified in paragraph 3 of FASB Interpretation No. 45, Guarantor's Accounting and Disclosure Requirements for Guarantees, including Indirect Guarantees of Indebtedness of Others (November 2002) ("FIN 45"), as may be modified or supplemented, and that is not excluded from the initial recognition and measurement provisions of FIN 45 pursuant to paragraphs 6 or 7 of that Interpretation;

ii. A retained or contingent interest in assets transferred to an unconsolidated entity or similar arrangement that serves as credit, liquidity or market risk support to such entity for such assets;

iii. Any obligation, including a contingent obligation, under a contract that would be accounted for as a derivative instrument, except



that it is both indexed to the issuer's own stock and classified in stockholders' equity in the issuer's statement of financial position, and therefore excluded from the scope of FASB Statement of Financial Accounting Standards No. 133, Accounting for Derivative Instruments and Hedging Activities (June 1998), pursuant to paragraph 11(a) of that Statement, as may be modified or supplemented; or

iv. Any obligation, including a contingent obligation, arising out of a variable interest (as referenced in FASB Interpretation No. 46, Consolidation of Variable Interest Entities (January 2003), as may be modified or supplemented) in an unconsolidated entity that is held by, and material to, the issuer, where such entity provides financing, liquidity, market risk or credit risk support to, or engages in leasing, hedging or research and development services with, the issuer.

2.
   i. None
  ii. None
 iii. None
 iv. None

*Instructions to paragraph C of Item XVII*

i. No obligation to make disclosure under paragraph C of this Item XVII shall arise in respect of an off-balance sheet arrangement until a definitive agreement that is unconditionally binding or subject only to customary closing conditions exists or, if there is no such agreement, when settlement of the transaction occurs.

ii. Issuers should aggregate off-balance sheet arrangements in groups or categories that provide material information in an efficient and understandable manner and should avoid repetition and disclosure of immaterial information. Effects that are common or similar with respect to a number of off-balance sheet arrangements must be analyzed in the aggregate to the extent the aggregation increases understanding. Distinctions in arrangements and their effects must be discussed to the extent the information is material, but the discussion should avoid repetition and disclosure of immaterial information.

iii. For purposes of paragraph C of this Item XVII only, contingent liabilities arising out of litigation, arbitration or regulatory actions are not considered to be off-balance sheet arrangements.



iv.   Generally, the disclosure required by paragraph C of this Item XVII shall cover the most recent fiscal year. However, the discussion should address changes from the previous year where such discussion is necessary to an understanding of the disclosure.

In satisfying the requirements of paragraph C of this Item XVII, the discussion of off-balance sheet arrangements need not repeat information provided in the footnotes to the financial statements, provided that such discussion clearly cross-references to specific information in the relevant footnotes and integrates the substance of the footnotes into such discussion in a manner designed to inform readers of the significance of the information that is not included within the body of such discussion.

N/A

## Part E      Exhibits

The following exhibits must be either described in or attached to the disclosure document:

### Item XVIII   Material Contracts.

A.    Every material contract, not made in the ordinary course of business, that will be performed after the disclosure document is posted on the Pink Sheets News Service or was entered into not more than two years before such posting. Also include the following contracts:

1) Any contract to which directors, officers, promoters, voting trustees, security holders named in the disclosure document, or the Designated Advisor for Disclosure are parties other than contracts involving only the purchase or sale of current assets having a determinable market price, at such market price;

2) Any contract upon which the issuer's business is substantially dependent, including but not limited to contracts with principal customers, principal suppliers, and franchise agreements;

3) Any contract for the purchase or sale of any property, plant or equipment for consideration exceeding 15 percent of such assets of the issuer; or

4) Any material lease under which a part of the property described in the disclosure document is held by the issuer.



APP 0223

A.

    1) None

    2) None

    3) None

    4) None

B.    Any management contract or any compensatory plan, contract or arrangement, including but not limited to plans relating to options, warrants or rights, pension, retirement or deferred compensation or bonus, incentive or profit sharing (or if not set forth in any formal document, a written description thereof) in which any director or any executive officer of the issuer participates shall be deemed material and shall be included; and any other management contract or any other compensatory plan, contract, or arrangement in which any other executive officer of the issuer participates shall be filed unless immaterial in amount or significance.

For their Management and Advisory Services, Summit Advisory Partners will receive a monthly consulting fee of $6,000.00 from Beverage Creations.

C.    The following management contracts or compensatory plans need not be included:

    1) Ordinary purchase and sales agency agreements;
    2) Agreements with managers of stores in a chain organization or similar organization;
    3) Contracts providing for labor or salesmen's bonuses or payments to a class of security holders, as such; and
    4) Any compensatory plan that is available to employees, officers or directors generally and provides for the same method of allocation of benefits between management and non-management participants

1) None

2) None

3) None

4) None



APP  0224

**Item XIX      Articles of Incorporation and Bylaws.**

A.      A complete copy of the issuer's articles of incorporation or in the event that the issuer is not a corporation, the issuer's certificate of organization.  Whenever amendments to the articles of incorporation or certificate of organization are filed, a complete copy of the articles of incorporation or certificate of organization as amended shall be filed.

B.      A complete copy of the issuer's bylaws.  Whenever amendments to the bylaws are filed, a complete copy of the bylaws as amended shall be filed.

**Item XX      Issuer's Certifications.**

The issuer shall include certifications by the chief executive officer and chief financial officer of the issuer (or any other persons with different titles, but having the same responsibilities).

The certifications shall follow the format below:

I, Robert Wieden, certify that:

1. I have reviewed this initial disclosure statement of Beverage Creations Inc.;

2. Based on my knowledge, this disclosure statement does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this disclosure statement; and

3. Based on my knowledge, the financial statements, and other financial information included or incorporated by reference in this disclosure statement, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this disclosure statement.

Date: 2/1/2008

[Signature]

President



APP 0225

2:54 PM
02/06/08
Accrual Basis

**Beverage Creations, Inc.**
**Balance Sheet**
As of December 31, 2007

|  | Dec 31, 07 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Associated Bank | 12,506.75 |
| **Total Checking/Savings** | 12,506.75 |
| | |
| **Other Current Assets** | |
| Inventory Asset | 60,490.18 |
| **Total Other Current Assets** | 60,490.18 |
| | |
| **Total Current Assets** | 72,996.93 |
| | |
| **Fixed Assets** | |
| bioZTONIC Patent | 545,250.57 |
| **Total Fixed Assets** | 545,250.57 |
| | |
| **TOTAL ASSETS** | 618,247.50 |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 7,666.49 |
| **Total Accounts Payable** | 7,666.49 |
| | |
| **Credit Cards** | |
| Associated Bank Credit Card | 9,450.26 |
| Wells Fargo - 2 | 5,048.00 |
| Wells Fargo -1 | 0.90 |
| **Total Credit Cards** | 14,499.16 |
| | |
| **Total Current Liabilities** | 22,165.67 |
| | |
| **Long Term Liabilities** | |
| Notes Payable | 545,250.57 |
| **Total Long Term Liabilities** | 545,250.57 |
| | |
| **Total Liabilities** | 567,416.24 |
| | |
| **Equity** | |
| Opening Bal Equity | 145,968.58 |
| Net Income | -95,137.32 |
| **Total Equity** | 50,831.26 |
| | |
| **TOTAL LIABILITIES & EQUITY** | 618,247.50 |



APP 0226