# EXHIBIT M

03/17/2008 12:31 FAX   312 353 3381        U.S. S.E.C.                    002/030



# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
CHICAGO REGIONAL OFFICE
SUITE 900
175 WEST JACKSON BOULEVARD
CHICAGO, ILLINOIS 60604

Jonathan S. Polish                          Telephone:   (312) 353-6884
Senior Trial Counsel                        E-Mail:      PolishJ@sec.gov
Division of Enforcement


March 17, 2008


**VIA FEDERAL EXPRESS AND FAX – (212) 937-3870**

Stephen J. Czarnik, Esq.
Cohen & Czarnik LLP
17 State Street, 39th Floor
New York, NY  10004

Re:     Securities and Exchange Commission v. Ryan M. Reynolds, et al.,
        3:08CV0438 (N.D. Tex.)

Dear Mr. Czarnik:

I am enclosing a subpoena seeking your testimony and certain documents, with a return date of Wednesday, March 26, 2008 at 10 a.m. at the New York offices of the Securities and Exchange Commission. This subpoena reflects the expedited timeframe necessitated by the upcoming preliminary injunction hearing in this matter.

Please do not hesitate to contact me with questions, etc.

Sincerely,

Jonathan S. Polish

%AO88 (Rev. 12/06) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

U.S. Securities & Exchange Commission

V.

Ryan M. Reynolds, et al.

*Amended*
## SUBPOENA IN A CIVIL CASE

Case Number:[1] 3:08-CV-0438-G (in N.D. Tex.)

TO: Stephen J. Czarnik, Esq.
Jason Pickholz c/o Duane Morris LLP
1540 Broadway
New York, New York 10036 (fax) 212-214-0829

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION  Securities and Exchange Commission, 3 World Financial Center Room 437, New York, NY 10004 | DATE AND TIME  3/27/2008 10:30 am |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED RIDER

| PLACE  Securities and Exchange Commission, 3 World Financial Center Room 437, New York, NY 10004 | DATE AND TIME  3/27/2008 10:30 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  Jonathan S. Polish | DATE  3/24/2008 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Jonathan S. Polish, US Securities & Exchange Commission, 175 W. Jackson Blvd., Suite 900, Chicago, IL 60604

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|

SERVED

| | | MANNER OF SERVICE |
|---|---|---|

SERVED ON (PRINT NAME)

| | | TITLE |
|---|---|---|

SERVED BY (PRINT NAME)

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____     _____
              DATE              SIGNATURE OF SERVER

                                _____
                                ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises—or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

# RIDER TO SUBPOENA: DOCUMENT REQUESTS AND 30(b)(6) TOPICS

## DEFINITIONS AND INSTRUCTIONS

A.     "Relating to," "relates to" or "relate to" means, without limitation, constituting, comprising, discussing, covering, referring to or concerning directly or indirectly, the subject matter identified in a particular request.

B.     "Documents" means the same thing as in Federal Rule of Civil Procedure 34(a) and includes writings, books, records, memoranda, papers, films, recordings, accounts, drawings, graphs, charts, photographs, phonorecords, electronically-stored information, computer records, emails, and other data compilations from which information can be obtained, translated, if necessary, through detection devices into reasonably usable form.

C.     In these requests, "and" includes "or" and "or" includes "and." In these requests, the singular includes the plural and the plural includes the singular.

D.     "Communications" means any transmission of information whether face-to-face, by telephone, by telecopy, by letter, by telex, by cable, by electronic mail, by electronic means or other means whereby thought, opinions, facts or other matters are transmitted between two or more persons.

E.     You are required to produce all originals and non-identical copies of the documents requested below whether in written or electronic form.

F.     Production of any document, data or information which is stored in or on any magnetic, optical or magnet-optical media shall be produced on an "as is" basis in a media identical to that used by you with respect to such document, data or information. The production shall include all attendant version control information, file comment and

file control information, hidden information and embedded information, as well as all attendant computer file catalogue, document control and archiving information.

G.    Electronic records and computerized information must be produced in an intelligible format or with a technical description of the system from which it was derived sufficient to permit such records and information to be rendered intelligible, such description to include: the manufacturer's name and model number for electronic hardware used to create and maintain the electronic records; the name and version of the operating system used on the computer where the electronic records were created and maintained; the manufacturer's name, product ID and version number for any software used to create and maintain the electronic records, along with any proprietary software, written documentation, special parameters, and instructions sufficient to permit those records to be read from the media produced; the date, if known, when the information was first created, along with the date of its most recent modification; and all decryption or access passwords necessary to unlock any computerized information produced including, without limitation, electronic mail passwords and file decryption passwords.

H.    If any document is withheld on the grounds of privilege, you are required to provide a log of such privileged documents, which log shall, as to each withheld document, identify the nature of the document, its subject matter, the title, author, and date of the document, the addressee(s) of the document, if any, and the basis for the claim of privilege.

## DOCUMENTS REQUESTED AND RULE 30(b)(6) TOPICS

Plaintiff requests documents, communications, and testimony about the following matters:

1.  Beverage Creations, Inc. ("BCI")

2.  The stock of BCI.

3.  The promotion of BCI and its stock, including but not limited to promotion on: (a) TheStockPic.com; (b) BestPennyPick.com; and (c) estockpick.com.

4.  Emails promoting BCI stock, including but not limited to the emails attached as **Exhibit 1** hereto

5.  The website content attached as **Exhibit 2** hereto, including the content therein regarding BCI

6.  The mailer attached as **Exhibit 3** hereto

7.  All Communications among and between you, on the one hand, and any party or entity, including but expressly not limited to the persons or entities listed below, on the other hand, relating to the matters set forth in Document Request/Topics Nos. 1-6.

    - Ryan M. Reynolds
    - Jason Wynn
    - Carlton Fleming
    - Bellatalia, LP
    - Wynn Industries, LLC
    - Thomas Wade Investments, LLC
    - Summit Advisory Partners
    - BCI
    - Pink Sheets, LLC
    - The Lynn Thomas Group

8.  The billing records generated by you, and compensation/remuneration received by you, regarding Document Request/Topics Nos. 1-6.

9.  Your purchase, sale, or receipt of stock in BCI.

Exhibit 1



APP 0211

theStockPic.com - Homepage

**Powerful Picks**

**Success Stories**

**Testimonials**

**Subscribe Now**

[Who referred you?]

[Subscribe]

*I have been watching you guys for several months, as I am a full time trader and have found that you guys as they say really know how to pick em. You have been on the money with your picks and have built my confidence again in a stock picking service. I used a couple a few years ago and was very disappointed, but you guys have your ducks in a row. Your recommendations are the only ones I'm using, and I won't be leaving anytime soon. Thanks for a wonderful job. You guys really earned it.*
-James

*Hello Guys,*
*I want to tell you how much I appreciate you guys .*
*You guys have helped me out a lot.*
-Jamil King

*Love the newsletters, you make the little guy feel like a big timer!*
*Thanks,*
*Josh*

*I am the first to say that you are doing a great job. I haven't been fortunate enough to get in on any of your news, but I know my time is coming. Keep up the great work,*
*Thank you,*
*Eddie*

*Going on the advice of thestockpic.com I bought 2,500 shares of RCAU at $2.12, I sold those shares at $4.25 for a $5,000 profit!  YAY!!!  Now I can't wait for the next pick, it's a mining company I hear, so maybe they can fill my purse with some precious metal or jewels.  :)*
*Thank you SOOOO much!*
*Amy K.*

*"WOWW... YOU ARE THE BEST! Your picks are awsome."*

*Jeannie*
*Minnesota*

E✱TRADE FINANCIAL          AMERITRADE          Scottrade          Fidelity          Merrill Lynch

Success Stories     [          ]     [Who referred you?]
Testimonials        [Subscribe]

Copyright 2006-2007 theStockPic.com Sitemap Disclaimer

Website Developed and Maintained By ONE V8. Hosted By Renderhosting.net.

http://thestockpic.com/2007_06/?Homepage (2 of 2) [3/11/2008 4:56:18 PM]

APP 0212



APP 0213

theStockPic.com - Homepage







Enter your email and get FREE tips!

| |
|---|

| Who referred you? |
|---|

| Subscribe |
|---|

I have been watching you guys for several months, as i am a full time trader and have found that you guys as they say really know how to pick em. You have been on the money with your picks and have built my confidence again in a stock picking service. I used a couple a few years ago and was very disappointed, but you guys have your ducks in a row. Your recommendations are the only ones I'm using, and I won't be leaving anytime soon. Thanks for a wonderful job. You guys really earned it.
-James

Hello Guys,
I want to tell you how much I appreciate you guys .
You guys have helped me out a lot.
-Jamil King

Love the newsletters, you make the little guy feel like a big timer!
Thanks,
Josh

I am the first to say that you are doing a great job. I haven't been fortunate enough to get in on any of your news, but I know my time is coming. Keep up the great work,
Thank you,
Eddie

Going on the advice of thestockpic.com I bought 2,500 shares of RCAU at $2.12, I sold those shares at $4.25 for a $5,000 profit! YAY!!! Now I can't wait for the next pick, it's a mining company I hear, so maybe they can fill my purse with some precious metal or jewels. :)
Thank you SOOOO much!
Amy K.

"WOWW... YOU ARE THE BEST! Your picks are awsome."

Jeannie
Minnesota

  AMERITRADE  Scottrade  Fidelity  

Success Stories
Testimonials

| | | Who referred you? |
|---|---|---|

| Subscribe |
|---|

Copyright 2006-2007 theStockPic.com Sitemap Disclaimer

Website Developed and Maintained By ONE V8. Hosted By Renderhosting.net.

APP 0214

# Exhibit 2

BVRG & The Coca Cola Company (NYSE: CCE)                                Page 1 of 2

**Kustusch, John E.**

| | |
|---|---|
| **From:** | Vass, Lori K. |
| **Sent:** | Tuesday, March 11, 2008 7:20 PM |
| **To:** | Kustusch, John E. |
| **Subject:** | FW: BVRG & The Coca Cola Company (NYSE: CCE) |

**From:** Gionfriddo, David
**Sent:** Tuesday, February 12, 2008 12:43 PM
**To:** Vass, Lori K.
**Subject:** FW: BVRG & The Coca Cola Company (NYSE: CCE)

fyi re bvrg

**From:** TheStockPic [mailto:testimonials@thestockpic.com]
**Sent:** Monday, February 11, 2008 9:39 AM
**To:** ENFORCEMENT
**Subject:** BVRG & The Coca Cola Company (NYSE: CCE)

You're receiving this email because of your relationship with TheStockPic. Please confirm your continued interest in
receiving email from us.

You may unsubscribe if you no longer wish to receive our emails.

**Greetings!**

# BVRG & Coca Cola Company
## Distribution, Partnership, Joint Marketing & Branding

*Good morning. Hope all had a fantastic weekend! BVRG continued its steady climb
closing at $1.20 Friday on over 1.1 milion shares traded, and we're kicking off Monday
with HUGE news. We are proud to announce that BVRG has entered into discussions
with Coca Cola (NYSE: CCE).
Today's Headlines:
Beverage Creations (BVRG) Discusses Distribution Partnership, Joint Marketing &
Branding Efforts With The Coca Cola Company (NYSE: CCE)
Don't miss this article. Please read in full at:
http://biz.yahoo.com/bw/080211/20080211005519.html ?.v=1
Congratulations to all of our loyal clients. And if you have yet to jump on this Hot Pic
get in **NOW** with **BVRG!***
Staff
TheStockPic

email: testimonials@thestockpic.com
phone: 310-254-7931
web: http://www.thestockpic.com

Forward email

3/12/2008

BVRG & The Coca Cola Company (NYSE: CCE)                    Page 2 of 2

☒ SafeUnsubscribe®
This email was sent to enforcement@sec.gov, by testimonials@thestockpic.com
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

Email Marketing by

Constant Contact®
TRY IT FREE

TheStockPic | 425 South Detroit Street | Suite # 325 | Los Angeles | CA | 90036

3/12/2008

BVRG Marketing Campaign

**Kustusch, John E.**

| | |
|---|---|
| **From:** | Vass, Lori K. |
| **Sent:** | Tuesday, March 11, 2008 7:20 PM |
| **To:** | Kustusch, John E. |
| **Subject:** | FW: BVRG Marketing Campaign |

**From:** Gionfriddo, David
**Sent:** Thursday, February 14, 2008 12:42 PM
**To:** Vass, Lori K.
**Subject:** FW: BVRG Marketing Campaign

fyi re bvrg

**From:** TheStockPic [mailto:testimonials@thestockpic.com]
**Sent:** Wednesday, February 13, 2008 9:52 AM
**To:** ENFORCEMENT
**Subject:** BVRG Marketing Campaign

You're receiving this email because of your relationship with TheStockPic. Please confirm your continued interest in receiving email from us.

You may unsubscribe if you no longer wish to receive our emails.

**Greetings!**

# BVRG & Mailers

*Good morning! Yesterday proved another great day for our Pic of the Year BVRG.
Closing at $1.27, BVRG had another steady 5 cent climb.
BVRG kicked off its marketing campaign last week sending out millions of postal
newsletters that are to hit this week. The buzz is out! Receive your free newsletters via
postal mail by signing up at thestockpic.com.
In addition to our marketing campaign, you can also now receive free mobile text
alerts. Enter your mobile number at thestockpic.com to receive periodic text messages
specific to your interests. Privacy is important to us; therefore, we will not sell, rent, or
give your name, number or any your personal information to anyone.
Congrats to all of our loyal clients from thestcokpic.com! Making it big with **BVRG**!*
Staff
TheStockPic

email: testimonials@thestockpic.com
phone: 310-254-7931
web: http://www.thestockpic.com

**Forward email**

☒ **SafeUnsubscribe®**
This email was sent to enforcement@sec.gov, by testimonials@thestockpic.com
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

Email Marketing by

BVRG Marketing Campaign



Constant Contact
TRY IT FREE

TheStockPic | 425 South Detroit Street | Suite # 325 | Los Angeles | CA | 90036

APP 0218

3/12/2008

BVRG Ready to Run

---

**Kustusch, John E.**

| | |
|---|---|
| **From:** | Vass, Lori K. |
| **Sent:** | Tuesday, March 11, 2008 7:20 PM |
| **To:** | Kustusch, John E. |
| **Subject:** | FW: BVRG Ready to Run |

---

**From:** Gionfriddo, David
**Sent:** Tuesday, February 19, 2008 3:39 PM
**To:** Vass, Lori K.
**Subject:** FW: BVRG Ready to Run

fyi re bvrg

**From:** TheStockPic [mailto:testimonials@thestockpic.com]
**Sent:** Friday, February 15, 2008 11:45 AM
**To:** ENFORCEMENT
**Subject:** BVRG Ready to Run

You're receiving this email because of your relationship with TheStockPic. Please confirm your continued interest in receiving email from us.

You may unsubscribe if you no longer wish to receive our emails.

**Greetings!**

# BVRG
**Ready to Run**

*Good morning! BVRG dipped earlier this week but quickly recovered its steady climb again. DON'T take BVRG off your radar! BVRG DUE FOR ANOTHER RUN!!*

Staff
TheStockPic

email: testimonials@thestockpic.com
phone: 310-254-7931
web: http://www.thestockpic.com

Forward email

✉ SafeUnsubscribe®
This email was sent to enforcement@sec.gov, by testimonials@thestockpic.com.
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

Email Marketing by

APP 0219

Case 1:10-cv-00745-RKC   Document 20-15   Filed 04/09/10   Page 19 of 40

BVRG Ready to Run                                                        Page 2 of 2

Constant Contact®
TRY IT FREE

TheStockPlc | 425 South Detroit Street | Suite # 325 | Los Angeles | CA | 90036

3/12/2008

BVRG

**Kustusch, John E.**

| | |
|---|---|
| **From:** | TheStockPic [testimonials@thestockpic.com] |
| **Sent:** | Friday, February 22, 2008 9:23 AM |
| **To:** | ENFORCEMENT |
| **Subject:** | BVRG |

You're receiving this email because of your relationship with TheStockPic. Please confirm your continued interest in receiving email from us.

You may unsubscribe if you no longer wish to receive our emails.

**Greetings!**

# Our #1 Hot Stock Pic
**BVRG**

*Good morning. We are loving our Hot Stock Pic BVRG! Take a look at the BVRG chart. Looking great!*

Staff
TheStockPic

email: testimonials@thestockpic.com
phone: 310-254-7931
web: http://www.thestockpic.com

**Forward email**

☒ **SafeUnsubscribe®**
This email was sent to enforcement@sec.gov, by testimonials@thestockpic.com
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

Email Marketing by
Constant Contact®
TRY IT FREE

TheStockPic | 425 South Detroit Street | Suite # 325 | Los Angeles | CA | 90036

APP 0221

BVRG All Time High                                                    Page 1 of 1

---

## Kustusch, John E.

**From:**    TheStockPic [testimonials@thestockpic.com]
**Sent:**    Friday, February 22, 2008 1:24 PM
**To:**      ENFORCEMENT
**Subject:** BVRG All Time High

You're receiving this email because of your relationship with TheStockPic. Please <u>confirm</u> your continued interest in receiving email from us.

You may <u>unsubscribe</u> if you no longer wish to receive our emails.

### Greetings!

# BVRG

*Stock alert! BVRG is trading at all time high. No end in sight for BVRG!*

Staff
TheStockPic

email: testimonials@thestockpic.com
phone: 310-254-7931
web: http://www.thestockpic.com

<u>Forward email</u>

✉ SafeUnsubscribe®
This email was sent to enforcement@sec.gov, by <u>testimonials@thestockpic.com</u>
<u>Update Profile/Email Address</u> | Instant removal with <u>SafeUnsubscribe</u>™ | <u>Privacy Policy</u>.

Email Marketing by

Constant Contact®
TRY IT FREE

TheStockPic | 425 South Detroit Street | Suite # 325 | Los Angeles | CA | 90036

BVRG ON SCHEDULE

**Kustusch, John E.**

| | |
|---|---|
| **From:** | Vass, Lori K. |
| **Sent:** | Tuesday, March 11, 2008 7:19 PM |
| **To:** | Kustusch, John E. |
| **Subject:** | FW: BVRG ON SCHEDULE |

**From:** Gionfriddo, David
**Sent:** Monday, March 03, 2008 10:16 AM
**To:** Vass, Lori K.
**Subject:** FW: BVRG ON SCHEDULE

fyi re bvrg

**From:** TheStockPic [mailto:testimonials@thestockpic.com]
**Sent:** Friday, February 29, 2008 10:00 AM
**To:** ENFORCEMENT
**Subject:** BVRG ON SCHEDULE

You're receiving this email because of your relationship with TheStockPic. Please confirm your continued interest in receiving email from us.

You may unsubscribe if you no longer wish to receive our emails.

**Greetings!**

# BVRG
## Hits Another New High

*Good morning! BVRG is on a roll. Trading at $1.46, BVRG is hitting all time highs at a consistent rate. BVRG is on schedule, has received the funding to begin manufacturing and is executing its marketing strategy as planned. Now is good as ever.....BVRG!!*

Staff
TheStockPic

email: testimonials@thestockpic.com
phone: 310-254-7931
web: http://www.thestockpic.com

**Forward email**

☒ **SafeUnsubscribe®**
This email was sent to enforcement@sec.gov, by testimonials@thestockpic.com
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

Email Marketing by

APP 0223

BVRG ON SCHEDULE

Constant Contact
TRY IT FREE

TheStockPic | 425 South Detroit Street | Suite # 325 | Los Angeles | CA | 90036

APP 0224

3/12/2008

**Kustusch, John E.**

| | |
|---|---|
| **From:** | Vass, Lori K. |
| **Sent:** | Tuesday, March 11, 2008 7:20 PM |
| **To:** | Kustusch, John E. |

**Subject:** FW: BVRG & The Coca Cola Company (NYSE: CCE)

**From:** Gionfriddo, David
**Sent:** Tuesday, February 12, 2008 12:43 PM
**To:** Vass, Lori K.
**Subject:** FW: BVRG & The Coca Cola Company (NYSE: CCE)

fyi re bvrg

**From:** TheStockPic [mailto:testimonials@thestockpic.com]
**Sent:** Monday, February 11, 2008 9:39 AM
**To:** ENFORCEMENT
**Subject:** BVRG & The Coca Cola Company (NYSE: CCE)

You're receiving this email because of your relationship with TheStockPic. Please confirm your continued interest in receiving email from us.

You may unsubscribe if you no longer wish to receive our emails.

**Greetings!**

# BVRG & Coca Cola Company
## Distribution, Partnership, Joint Marketing & Branding

*Good morning. Hope all had a fantastic weekend! BVRG continued its steady climb closing at $1.20 Friday on over 1.1 milion shares traded, and we're kicking off Monday with HUGE news. We are proud to announce that BVRG has entered into discussions with Coca Cola (NYSE: CCE).*
*Today's Headlines:*
*Beverage Creations (BVRG) Discusses Distribution Partnership, Joint Marketing & Branding Efforts With The Coca Cola Company (NYSE: CCE)*
*Don't miss this article. Please read in full at:*
*http://biz.yahoo.com/bw/080211/20080211005519.html ?.v=1*
*Congratulations to all of our loyal clients. And if you have yet to jump on this Hot Pic get in* **NOW** *with* **BVRG!**
Staff
TheStockPic

email: testimonials@thestockpic.com
phone: 310-254-7931
web: http://www.thestockpic.com

**Forward email**

APP 0225

3/12/2008

BVRG & The Coca Cola Company (NYSE: CCE)                    Page 2 of 2

☒ **SafeUnsubscribe®**
This email was sent to enforcement@sec.gov, by testimonials@thestockplc.com
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

Email Marketing by

**Constant Contact®**
TRY IT FREE

TheStockPlc | 425 South Detroit Street | Suite # 325 | Los Angeles | CA | 90036

3/12/2008

BVRG Marketing Campaign                                    Page 1 of 2

## Kustusch, John E.

**From:**    Vass, Lori K.
**Sent:**    Tuesday, March 11, 2008 7:20 PM
**To:**      Kustusch, John E.
**Subject:** FW: BVRG Marketing Campaign

**From:** Gionfriddo, David
**Sent:** Thursday, February 14, 2008 12:42 PM
**To:** Vass, Lori K.
**Subject:** FW: BVRG Marketing Campaign

fyi re bvrg

**From:** TheStockPic [mailto:testimonials@thestockpic.com]
**Sent:** Wednesday, February 13, 2008 9:52 AM
**To:** ENFORCEMENT
**Subject:** BVRG Marketing Campaign

You're receiving this email because of your relationship with TheStockPic. Please confirm your continued interest in receiving email from us.

You may unsubscribe if you no longer wish to receive our emails.

**Greetings!**

# BVRG & Mailers

*Good morning! Yesterday proved another great day for our Pic of the Year BVRG. Closing at $1.27, BVRG had another steady 5 cent climb.*
*BVRG kicked off its marketing campaign last week sending out millions of postal newsletters that are to hit this week. The buzz is out! Receive your free newsletters via postal mail by signing up at thestockpic.com.*
*In addition to our marketing campaign, you can also now receive free mobile text alerts. Enter your mobile number at thestockpic.com to receive periodic text messages specific to your interests. Privacy is important to us; therefore, we will not sell, rent, or give your name, number or any your personal information to anyone.*
*Congrats to all of our loyal clients from thestcokpic.com! Making it big with **BVRG**!*
Staff
TheStockPic

email: testimonials@thestockpic.com
phone: 310-254-7931
web: http://www.thestockpic.com

**Forward email**

✉ **SafeUnsubscribe®**
This email was sent to enforcement@sec.gov, by testimonials@thestockpic.com
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

Email Marketing by

BVRG Marketing Campaign

Constant Contact®
TRY IT FREE

TheStockPic | 425 South Detroit Street | Suite # 325 | Los Angeles | CA | 90036

3/12/2008

**Kustusch, John E.**

| | |
|---|---|
| **From:** | Vass, Lori K. |
| **Sent:** | Tuesday, March 11, 2008 7:20 PM |
| **To:** | Kustusch, John E. |
| **Subject:** | FW: BVRG Ready to Run |

---

**From:** Gionfriddo, David
**Sent:** Tuesday, February 19, 2008 3:39 PM
**To:** Vass, Lori K.
**Subject:** FW: BVRG Ready to Run

fyi re bvrg

**From:** TheStockPic [mailto:testimonials@thestockpic.com]
**Sent:** Friday, February 15, 2008 11:45 AM
**To:** ENFORCEMENT
**Subject:** BVRG Ready to Run

You're receiving this email because of your relationship with TheStockPic. Please confirm your continued interest in receiving email from us.

You may unsubscribe if you no longer wish to receive our emails.

**Greetings!**

# BVRG
**Ready to Run**

*Good morning! BVRG dipped earlier this week but quickly recovered its steady climb again. DON'T take BVRG off your radar! BVRG DUE FOR ANOTHER RUN!!*

Staff
TheStockPic

email: testimonials@thestockpic.com
phone: 310-254-7931
web: http://www.thestockpic.com

**Forward email**

✉ SafeUnsubscribe®
This email was sent to enforcement@sec.gov, by testimonials@thestockpic.com
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

Email Marketing by

APP 0229

BVRG Ready to Run                                          Page 2 of 2



TheStockPic | 425 South Detroit Street | Suite # 325 | Los Angeles | CA | 90036

APP 0230

BVRG                                                                      Page 1 of 1

## Kustusch, John E.

**From:**     TheStockPic [testimonials@thestockpic.com]
**Sent:**     Friday, February 22, 2008 9:23 AM
**To:**       ENFORCEMENT
**Subject:** BVRG

You're receiving this email because of your relationship with TheStockPic. Please confirm your continued interest in receiving email from us.

You may unsubscribe if you no longer wish to receive our emails.

**Greetings!**

# Our #1 Hot Stock Pic
**BVRG**

*Good morning. We are loving our Hot Stock Pic BVRG! Take a look at the BVRG chart. Looking great!*

Staff
TheStockPic

email: testimonials@thestockpic.com
phone: 310-254-7931
web: http://www.thestockpic.com

**Forward email**

✉ **SafeUnsubscribe®**
This email was sent to enforcement@sec.gov, by testimonials@thestockpic.com
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

Email Marketing by

**Constant Contact®**
TRY IT FREE

TheStockPic | 425 South Detroit Street | Suite # 325 | Los Angeles | CA | 90036

APP 0231

**Kustusch, John E.**

**From:**    TheStockPic [testimonials@thestockpic.com]
**Sent:**    Friday, February 22, 2008 1:24 PM
**To:**      ENFORCEMENT
**Subject:** BVRG All Time High

You're receiving this email because of your relationship with TheStockPic. Please confirm your continued interest in receiving email from us.

You may unsubscribe if you no longer wish to receive our emails.

**Greetings!**

# BVRG

*Stock alert! BVRG is trading at all time high. No end in sight for BVRG!*

Staff
TheStockPic

email: testimonials@thestockpic.com
phone: 310-254-7931
web: http://www.thestockpic.com

**Forward email**

☒ SafeUnsubscribe®
This email was sent to enforcement@sec.gov, by testimonials@thestockpic.com
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

Email Marketing by

Constant Contact®
TRY IT FREE

TheStockPic | 425 South Detroit Street | Suite # 325 | Los Angeles | CA | 90036

**Kustusch, John E.**

| | |
|---|---|
| **From:** | Vass, Lori K. |
| **Sent:** | Tuesday, March 11, 2008 7:19 PM |
| **To:** | Kustusch, John E. |
| **Subject:** | FW: BVRG ON SCHEDULE |

**From:** Gionfriddo, David
**Sent:** Monday, March 03, 2008 10:16 AM
**To:** Vass, Lori K.
**Subject:** FW: BVRG ON SCHEDULE

fyi re bvrg

**From:** TheStockPic [mailto:testimonials@thestockpic.com]
**Sent:** Friday, February 29, 2008 10:00 AM
**To:** ENFORCEMENT
**Subject:** BVRG ON SCHEDULE

You're receiving this email because of your relationship with TheStockPic. Please confirm your continued interest in receiving email from us.

You may unsubscribe if you no longer wish to receive our emails.

**Greetings!**

# BVRG
**Hits Another New High**

*Good morning! BVRG is on a roll. Trading at $1.46, BVRG is hitting all time highs at a consistent rate. BVRG is on schedule, has received the funding to begin manufacturing and is executing its marketing strategy as planned. Now is good as ever.....BVRG!!*

Staff
TheStockPic

email: testimonials@thestockpic.com
phone: 310-254-7931
web: http://www.thestockpic.com

**Forward email**

☒ **SafeUnsubscribe®**
This email was sent to enforcement@sec.gov, by testimonials@thestockpic.com
Update Profile/Email Address | Instant removal with SafeUnsubscribe™ | Privacy Policy.

Email Marketing by

BVRG ON SCHEDULE                                              Page 2 of 2

Constant Contact®
TRY IT FREE

TheStockPic | 425 South Detroit Street | Suite # 325 | Los Angeles | CA | 90036

APP 0234

3/12/2008

# Exhibit 3



APP 0235



**Company: Beverage Creations**

▶ **EARLY INVESTORS COULD MAKE A FORTUNE WITH BVRG!**

Dear Investor,

Are you aware of the Oxygen craze that is taking place across the world today? Luxury spas, fitness centers, airports, and even some bars are offering Oxygen to their customers due to its ever-increasing demand.

Beverage Creations, (Stock Symbol: BVRG) is America's first beverage company that has integrated two of the world's most needed ingredients for energized life into a simple and convenient purchase that will soon be available across America: WATER & OXYGEN!

BVRG has manufactured and received distribution rights to sell its bio$_2$Tonic product to the world! bio$_2$Tonic is the nation's only water bottle product that comes with an inhalable shot of oxygen attached to its core.

▶ **ABOUT bio2TONIC (SYMBOL: BVRG)**

"bio" means life & "TONIC" means medicine that invigorates or strengthens.

bio$_2$TONIC fuels your body like no other product can. It's the multi-purpose product for active people that crave an energized hydration boost. It provides the perfect combination of natural elements to invigorate the body and mind to elevate your performance level. By combining the two most important elements to the human body in one bottle, bio$_2$TONIC is the only Energized Hydration System to take you to the next level.

Energized Hydration has never been so important... just take a look at these facts:



- 46% of all athletes are dehydrated before they even start their activity

- A water loss equal to three percent of body weight can reduce muscle capacity by 20 to 30 percent

- 90% of the body's energy comes from oxygen

**ESTIMATED GROWTH: 275 - 399%!**

APP 0236

# SIVE STOCK ALERT

## Stock Symbol: BVRG

### bio₂TONIC is Life

Being properly hydrated has never been so important. To work correctly, the human body requires a proper amount of water and oxygen to efficiently carry out its daily functions.

**bio₂TONIC** is the new beverage breakthrough that balances the two most important elements of human life - oxygen and vitamin-enhanced water in a "patented" stacked, two-container configuration.



**bio₂TONIC**'s convenient and compact unit stands 9.5 inches (243mm) tall and is 3 inches (75mm) in diameter - the same as a one-half liter water bottle on the market today. The plastic container holds 16.9 oz. (500mL) of vitamin enhanced liquid including electrolytes and the oxygen compartment contains about 2.9 liters of 90% pure, compressed oxygen-enriched Air (OEA) - enough for (25) 2-second inhalations.



When oxygen is needed, a person merely places their nose into the oxygen delivery system and with a quick press of the release button a person can instantly breathe fresh, clean oxygen.



*"bio₂TONIC Energized Hydration System gives me the natural energy boost and hydration during exercise. It is the perfect compliment to my workouts."*

- Chad Hennings
3-time Super Bowl Champion

APP 0237



**Industry: Sports Drink**

## ▶ 🔲 REASONS TO OWN THIS STOCK!



**1.** 90% of the human body's energy comes from OXYGEN!

**2.** BVRG is the ONLY company in America delivering a water/oxygen product of its kind.

**3.** This company is fresh to the publicly traded market.

**4.** BVRG's Estimated Growth forecast is up to 399%

**5.** BVRG operates in a $19.37 Billion Dollar Market.

**6.**

**7.**

| GROWTH FORECAST | |
|---|---|
| 1/25/08 - 2/29/08 | = 250% |
| 3/08 - 6/08 | = 377% |
| By 2009 | = 799% |

## ▶ SPORTS DRINK INDUSTRY:

The world market for sports drinks is growing exponentially. It is currently estimated to be a $19.37 Billion Dollar Market, growing faster than the soft drink market.



APP 0238

# THIS STOCK COULD EXPLODE!

## INTRODUCING A REVOLUTIONARY SPORTS DRINK!



bia TONIC.

ENERGIZED HYDRATION

## Sports Drink Market Valued at <u>$19.37 Billion</u> 50% Growth Over Five Years

The demand for sports drinks internationally has exploded to become a $19.37 Billion market with no end in sight. Both Coca-Cola and Pepsi have recorded double-digit growth for their Gatorade and Powerade brands respectively, providing strong evidence of the sizeable shift underway in the soft drink market towards health.





*BVRG Endorsed by 3-time Super Bowl Champion Chad Hennings*

APP 0239

# FUEL YOUR PORTFOLIO WITH BVRG!

PRSRT STD
US POSTAGE
PAID
DALLAS, TX
PERMIT 2650

Thomas D Manganello
or Current Resident
3412 White Oak Ct
Fairfax VA 22030-1612

**Company:** Beverage Creations

**Stock Symbol:** BVRG

**Buy Rating:** STRONG

**% Profit Potential:** 275 - 350% (30-60 Days)

**Web:** www.bio2tonic.com

## COULD BVRG BE THE NEXT GATORADE?

**DISCLAIMER**

IMPORTANT NOTICE AND DISCLAIMER: This informational mailer does not purport to provide an analysis of any company's financial position, operations or prospects and this is not to be construed as a recommendation or an offer or solicitation to buy or sell any security. Beverage Creations ("BVRG"), the Company featured in this issue, appears as paid advertising by Wynn Industries (WI), a non-controlling shareholder, to provide public investors for BVRG. WI has used outside research and writers using public information to create this mailer coming from WI about BVRG. Although the information contained in this public awareness mailer is believed to be reliable, WI makes no warranties as to the accuracy of any of the contents herein and accepts no liability for how readers may choose to utilize the content. Readers should perform their own due diligence, including consulting with a licensed, qualified investment professional or analyst. Further, readers are strongly urged to independently verify all statements made in this mailer and perform extensive due diligence on this or any other featured company. WI is not offering or selling BVRG securities for sale. WI is not a registered broker, investment bank or investment counselor. WI has received three million three hundred and fifty thousand free trading shares of BVRG stock that may be sold into the market at any time, without notice. For resale purposes including, but not limited to: direct compensation, advertising costs, copywriting services, cost of production, mailing and other distribution expenses, as well as a fee for services. WI has paid to advertising cost of three hundred and seventy thousand dollars to produce and distribute this public awareness mailer. WI may also purchase or sell stock at any time without notice. More information can be received from BVRG's Investor relations, or at BVRG's website www.bio2tonic.com. Further, specific financial information, filings and disclosures as well as general investor information about publicly traded companies like BVRG, advice to investors and other investor resources are available at the Securities and Exchange Commission website www.sec.gov and www.nasd.com. Any investment should be made only after consulting with a qualified investment adviser and after reviewing the publicly available financial statements and or other information about the company and verifying that the investment is appropriate and suitable. Investing in securities is highly speculative and carries a great deal of risk, especially as to new companies with limited operations and no history of earnings. The information contained herein contains forward looking information within the meaning of section 27A of the Securities Act of 1933, as amended, and section 21e of the Securities Exchange Act of 1934, as amended, including statements regarding expected growth of the featured company. In accordance with the safe harbor provisions of the Private Securities Litigation Reform Act, BVRG makes these statements contained herein which look forward in time. Which include everything other than historical information, involve risks and uncertainties that may affect the Company's actual results of operations. Factors that could cause actual results to differ include the Company's ability to fund its capital requirements in the near term and in the long term, pricing pressures, technology issues, etc.

APP 0240