DUANE MORRIS LLP
Anthony J. Costantini
1540 Broadway
New York, NY 10036
212-692-1000
AJCostantini@duanemorris.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

         Plaintiff,

  -against-

STEPHEN J. CZARNIK,

         Defendant.

Case No. 10-CV-745 (PKC)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned attorney, is appearing on behalf of defendant, STEPHEN J. CZARNIK, ("Defendant") in the above-captioned action so that he could make a Motion for his Firm to withdraw as counsel. Defendant requests that all papers in connection with the above-captioned action be served upon the undersigned at the address listed below.

Dated: New York, New York
       January 14, 2011

DUANE MORRIS LLP

By: _____
Anthony J. Costantini (AC 6633)
1540 Broadway
New York, New York 10036
212-692-1000
AJCostantini@duanemorris.com
*Attorneys for Defendant*
STEPHEN J. CZARNIK