UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

                Plaintiff,

-against-

STEPHEN J. CZARNIK,

                Defendant.
-----------------------------------------------------------x

Case No. 10-CV-745 (PKC)

**NOTICE OF MOTION BY DUANE MORRIS LLP TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE, that upon the annexed declaration of Anthony J. Costantini, Esq. on behalf of Duane Morris LLP, dated January 14, 2011, defendant, STEPHEN J. CZARNIK, by his attorneys will move this Court before the Honorable Kevin P. Castel, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, at a date and time to be determined, for an order allowing Duane Morris to withdraw as counsel of record:

1. An Order allowing Duane Morris LLP to withdraw as counsel of record for defendant STEPHEN J. CZARNIK, pursuant to Local Rule 1.4 and Model Rules of Professional Conduct Rule 1.16;

2. On Order granting STEPHEN J. CZARNIK thirty (30) days to either have new counsel appear on his behalf or appear pro se; and

3. Such other and further relief as to the Court deems just and proper.

Dated: New York, New York
January 14, 2011

_____
Anthony J. Costantini, Esq. (6633)
Duane Morris LLP
1540 Broadway
New York, New York 10036
(212) 692-1032