UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION                                Case No. 10-CV-745 (PKC)

                    Plaintiff,
     -against-                                     **CERTIFICATE OF SERVICE**

STEPHEN J. CZARNIK,

                    Defendant.
----------------------------------------------------------------x

      I, Onika McLean, hereby certify that I caused service on February 4, 2011 by serving a true and correct copy of an Order Granting Motion By Duane Morris LLP To Withdraw as Counsel via electronically and overnight delivery to the following:

    Stephen J. Czarnik, Esq
    Cohen & Czarnik LLP
    22528 East River Road
    Grosse IIE, MI 48138

    Stephen Czarnik, Esq.
    Cohen & Czarnik LLP
    17 State Street
    39th Floor
    New York, NY 10004

                                                                 Onika McLean

Sworn to before me this 4th day
of February 2011.

_____
NOTARY PUBLIC

            LAURIE DEALE
      Notary Public, State of New York
         No 01DE6144191
    Qualified in West Chester County
    COMMISSION EXPIRES 04/24/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

Case No. 10-CV-745 (PKC)

Plaintiff,

-against-

**CERTIFICATE OF SERVICE**

STEPHEN J. CZARNIK,

Defendant.
------------------------------------------------------------x

I, Grace Giampietro, hereby certify that I caused service on February 4, 2011 by serving a true and correct copy of an Order Granting Motion By Duane Morris LLP To Withdraw as Counsel via electronically and United States Mail to the following:

Frank D. Goldman, Esq.
United States Securities and Exchange Commission(Chicago)
Chicago Regional Office
175 West Jackson Boulevard, Suite 900
Chicago, IL 60604
312 353 7390
Email: goldmanf@sec.gov

_____
Grace Giampietro

Sworn to before me this 4th day
of February 2011.

_____
NOTARY PUBLIC



ONIKA D. MCLEAN
Notary Public - State of New York
Qualified in Kings County
Reg. No. 01MC6132508
My Commission Expires Sept. 19, 20__

 

*package id*
0199221
*ship date*
Fri, Feb 04
*to*
Stephen Czarnik, Esq
Cohen & Czarnik
22528 E River Rd
Grosse Ile, MI 48138-1358 US
212-692-1024
odmclean@duanemorris.com
*residential address*
No
*return label*
No

*notification type*
Label Creation
Delivery
*notification recipients*
odmclean@duanemorris...
ggiampietro@duanemor...

*from*
Onika McLean (8099)
Duane Morris LLP
1540 Broadway
New York, NY 10036 US
+1 212 692 1024
*billing*
NONCHARGEABLE-DISBURSEMENTS
(99999-99999)
Withdrawal Notice
*operator*
Onika D. McLean
212-692-1024
odmclean@duanemorris.com
*create time*
02/04/11, 5:11PM

*vendor*
FedEx
*tracking number*
794394041715
*service*
FedEx Priority
*packaging*
FedEx Envelope
*signature*
No signature required
*courtesy quote*
9.61
The courtesy quote does not reflect fuel surcharge and does not necessarily reflect all accessorial charges.

### Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).




## To
Stephen Czarnik, Esq
Cohen & Czarnik
22528 E River Rd
Grosse Ile, MI 48138-1358 US
212-692-1024
odmclean@duanemorris.com

## From
Onika McLean (8099)
Duane Morris LLP
1540 Broadway
New York, NY 10036 US

*phone/extension*
+1 212 692 1024

*office*
New York

## Billing
*type*
Client/Matter

*account*
NONCHARGEABLE DISBURSEMENTS (99999-99999)

*note*
Withdrawal Notice

## Operator
*name*
Onika D. McLean

*phone/ext*
212-692-1024

*e-mail*
odmclean@duanemorris.com

## Shipping
*vendor*
FedEx

*ship date*
02/04/11

*tracking number*
794394041715

*service*
FedEx Priority

*packaging*
FedEx Envelope

## Notification
*notification type*
Label Creation
Delivery

## Log
Activity for package id: 0199221

| Date | Action | By | Comment |
|---|---|---|---|
| 02/04/11, 7:36PM | En route | FedEx | Scheduled delivery date: 02/07/11 |
| 02/04/11, 5:17PM | Checked into mailroom | OFF070 | By scan |
| 02/04/11, 5:11PM | Created | odmclean | 794394041715 |

*signature*
No signature required

*options*
None

*courtesy quote*
9.61 USD
The courtesy quote does not reflect fuel surcharge and does not necessarily reflect all accessorial charges.

*notification recipients*
odmclean@duanemorris...
ggiampietro@duanemor...

 

## To

Stephen Czarnik, Esq
Cohen & Czarnik, LLP
12 State St Fl 39
New York, NY 10004-1500 US
212-692-1024
odmclean@duanemorris.com

## From

Onika McLean (8099)
Duane Morris LLP
1540 Broadway
New York, NY 10036 US

*phone/extension*
+1 212 692 1024

*office*
New York

## Billing

*type*
Client/Matter

*account*
NONCHARGEABLE DISBURSEMENTS (99999-99999)

*note*
withdrawal as counsel czarnik

## Operator

*name*
Onika D. McLean

*phone/ext*
212-692-1024

*e-mail*
odmclean@duanemorris.com

## Shipping

*vendor*
FedEx

*ship date*
02/04/11

*tracking number*
794394164215

*service*
FedEx Priority

*packaging*
FedEx Envelope

## Notification

*notification type*
Delivery

*signature*
No signature required

*options*
None

*courtesy quote*
7.47 USD
The courtesy quote does not reflect fuel surcharge and does not necessarily reflect all accessorial charges.

*notification recipients*
odmclean@duanemorris...

## Log

Activity for package id: 0199235

| Date | Action | By | Comment |
|---|---|---|---|
| 02/04/11, 7:36PM | En route | FedEx | Scheduled delivery date: 02/07/11 |
| 02/04/11, 5:30PM | Created | odmclean | 794394164215 |