UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
UNITED STATES SECURITIES AND                  :
EXCHANGE COMMISSION                           :        10 Civ. 745 (PKC)
                                              :
                        Plaintiff,            :
                                              :
            -against-                         :        NOTICE OF APPEARANCE
                                              :
STEPHEN J. CZARNIK,                           :
                                              :
                        Defendant.            :
--------------------------------------------------------------- x

        PLEASE TAKE NOTICE THAT The Pickholz Law Offices LLC of 1140 Avenue of

the Americas, 9th Floor, New York, New York 10036, has been retained as Attorney

for defendant Stephen J. Czarnik.  All papers in this action should be served upon the

undersigned at the office and post office address stated below.

Dated: New York, New York
        March 22, 2011


                                THE PICKHOLZ LAW OFFICES LLC


                                By: _____/s/_____
                                      Jason Pickholz (JP-9803)
                                1140 Avenue of the Americas
                                9th Floor
                                New York, New York  10036
                                Tel:  347-746-1222