

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Chicago Regional Office
175 West Jackson Boulevard, Suite 900
Chicago, Illinois 60604

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-24-11
```

Jonathan S. Polish
Senior Trial Counsel
Division of Enforcement

(312) 353-8884
PolishJ@sec.gov

March 23, 2011

**BY ECF**

The Honorable P. Kevin Castel
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Securities and Exchange Commission v. Czarnik*, 1:10-cv-00745-PKC

Judge Castel:

I am attaching to this letter a proposed case management plan and scheduling order agreed to by the parties.

Your Honor stayed this case following the withdrawal of Mr. Czarnik's counsel and set a hearing for this Friday, March 25 at 3:30 p.m. (Docket No. 36.) Yesterday Jason Ross Pickholz filed an appearance on behalf of Mr. Czarnik. (Docket No. 38.) (Mr. Pickholz, who previously represented Mr. Czarnik, recently left Duane Morris to start his own practice, hence the brief gap in Mr. Czarnik's representation.)

Out of an abundance of caution, Mr. Pickholz and I seek to confirm that, notwithstanding these developments, the hearing is going forward on March 25.

We are appreciative of Your Honor's consideration of this matter.

Respectfully,

[signature]

Enclosure

*Handwritten annotation:* In view of the agreed upon case management plan and the nature of the appearance by Mr. Pickholz, the conference for March 25 is vacated. SO ORDERED. [signature] PKC USDJ