UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
UNITED STATES SECURITIES AND           :
EXCHANGE COMMISSION                    :         10 Civ. 745 (PKC)
                                       :
               Plaintiff,              :         ECF CASE
                                       :
       -against-                       :
                                       :
STEPHEN J. CZARNIK,                    :
                                       :
               Defendant.              :
-------------------------------------------------------------x
```

**AFFIRMATION OF SERVICE**

      I hereby affirm that on June 24, 2011, I caused Defendant Stephen J. Czarnik's Answer to the Second Amended Complaint to be served by e-mail and by Federal Express next business day delivery upon:

      Jonathan S. Polish, Esq.
      United States Securities and Exchange Commission
      175 West Jackson Blvd., Suite 900
      Chicago, IL  60604
      *Counsel for Plaintiff*

      _____/s/_____
      Jason Pickholz (JP-9803)