UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Securities and Exchange Commission       Plaintiff(s),

- against –

Czarnik

                                              Defendant(s).
----------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-18-11
```

10 Civ. 745 (PKC)

REVISED CASE MANAGEMENT PLAN
AND SCHEDULING ORDER

The Case Management Plan and Scheduling Order are modified as follows:

1. The date in paragraph 5 thereof for the completion of all fact discovery is extended to October 3, 2011.

2. The date in paragraph 7 thereof for the completion of all expert discovery is extended to November 11, 2011.

3. The conference scheduled for September 9, 2011 is vacated. The next conference will be held on October 24, 2011 at 11:00 am/pm.

4. In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York