UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,

-against-

STEPHEN J. CZARNIK,
                Defendant.
-----------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-4-11
```

10 Civ. 745 (PKC)

ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-27-11
```

P. KEVIN CASTEL, District Judge:

        The law firm of Duane Morris LLP (the "Attorney") seeks to be relieved as counsel for Stephen J. Czarnik, the defendant in this action. The Attorney advises that Mr. Czarnik has not paid the firm's fees on a timely basis and is now in arrears of $82,842.45. As a result of Mr. Czarnik's failure to pay, the Attorney is considering legal action against Mr. Czarnik to obtain its payment.

        The Attorney, having shown good cause, the motion to withdraw as counsel (Docket # 34) is GRANTED.

        **STEPHEN J. CZARNIK IS ADVISED TO CONSIDER RETAINING A LAWYER. HOWEVER, AS A NATURAL PERSON HE IS PERMITTED TO PROCEED WITHOUT A LAWYER. MR. CZARNIK IS INVITED TO CONTACT THE COURT'S PRO SE OFFICE LOCATED IN ROOM 230 OF THE MOYNIHAN U.S. COURTHOUSE, 500 PEARL STREET, NEW YORK, NY 10007, 212-805-0175.**

        The action is stayed until March 7, 2011. There will be a conference at which all parties will be required to appear in person or by an attorney who has filed a valid notice of appearance on March 25, 2011 at 3:30 p.m. in Courtroom 12C. Failure to appear may result in entry of a default judgment or striking a party's pleading.

[Handwritten margin note: The stay expired by its own terms on March 7, 2011. There is no stay. SO ORDERED. /s/ P. Kevin Castel USDJ 9-27-11]

The Attorney is directed to serve a copy of this Order upon Mr. Czarnik and the plaintiff within five days and file an affidavit of service of same with the Clerk of the Court.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       February 3, 2011

2